PETITION FOR WRIT OF HABEAS CORPUS: 28 U.S.C. § 2254. 9/10
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

Receipt# 500000409

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION

2023 JUN 27  PM 1: 03

DEPUTY CLERK BMH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

PETITION FOR A WRIT OF HABEAS CORPUS BY
A PERSON IN STATE CUSTODY

JOHN GABRIEL RIOS
_____
PETITIONER
(Full name of Petitioner)

LYNN COUNTY SHERIFF'S OFFICE
810 Lockwood street
Tahoka Texas 79373
_____
CURRENT PLACE OF CONFINEMENT

vs.

11061
_____
PRISONER ID NUMBER

5-23CV-137-H

LUBBOCK COUNTY SHERIFF'S OFFICE et al.
_____
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

CASE NUMBER
(Supplied by the District Court Clerk)

## INSTRUCTIONS - READ CAREFULLY

1.  The petition must be legibly handwritten or typewritten and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2.  Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3.  Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4.  If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5.      Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6.      Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7.      Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8.      Failure to notify the court of your change of address could result in the dismissal of your case.

---

## PETITION

**What are you challenging?**  (Check all that apply)

A judgment of conviction or sentence,          (Answer Questions 1-4, 5-12 & 20-25)
probation or deferred-adjudication probation.
A parole revocation proceeding.               (Answer Questions 1-4, 13-14 & 20-25)
A disciplinary proceeding.                    (Answer Questions 1-4, 15-19 & 20-25)
✓ Other: DETENTION _____               (Answer Questions 1-4, 10-11 & 20-25)

**All petitioners must answer questions 1-4:**
**Note:** In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1.      Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: _____

_____

_____

2.      Date of judgment of conviction: _____

3.      Length of sentence: _____

4.      Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action:_____

_____

**Judgment of Conviction of Sentence, Probation or Deferred-Adjudication Probation:**

5.   What was your plea? (Check one)      Not Guilty        Guilty        Nolo Contendere

6.   Kind of trial: (Check one)      Jury        Judge Only

7.   Did you testify at trial?      Yes        No

8.   Did you appeal the judgment of conviction?      Yes        No

9.   If you did appeal, in what appellate court did you file your direct appeal? _____

_____   Cause Number (if known): _____

What was the result of your direct appeal (affirmed, modified or reversed)? _____

What was the date of that decision? _____

If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

Grounds raised: _____

_____

Result: _____

Date of result: _____   Cause Number (if known): _____

If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

Result: _____

Date of result: _____

10.  Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal?  This includes any state applications for a writ of habeas corpus that you may have filed.      (Yes)      No

11.  If your answer to 10 is "Yes," give the following information:

Name of court: _137ᵗʰ District Court of Texas    (in Lubbock Texas)_

Nature of proceeding: _HABEAS CORPUS_

Cause number (if known): _forgot:   John Gabriel Rios_
                                          _vs_
                                   _The state of Texas_

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court: *2023 January*

Grounds raised: *Texas code criminal 22.13 cause which will exonerate,*

Date of final decision: *unknown*

What was the decision? *unknown*

Name of court that issued the final decision: _____

As to any second petition, application or motion, give the same information:

Name of court: _____

Nature of proceeding: _____

Cause number (if known): _____

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court:

_____

Grounds raised: _____

_____

Date of final decision: _____

What was the decision? _____

Name of court that issued the final decision: _____

*If you have filed more than two petitions, applications or motions, please attach an additional sheet of paper and give the same information about each petition, application or motion.*

12.    Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?        Yes        No

(a)    If your answer is "Yes," give the name and location of the court that imposed the sentence to be served in the future: _____

_____

(b)    Give the date and length of the sentence to be served in the future: _____

_____

(c)    Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future?        Yes        No

**Parole Revocation:**

13.    Date and location of your parole revocation: _____

14.    Have you filed any petitions, applications or motions in any state or federal court challenging your parole revocation?        Yes        No

If your answer is "Yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15.    For your original conviction, was there a finding that you used or exhibited a deadly weapon?        Yes        No

16.    Are you eligible for release on mandatory supervision?        Yes        No

17.    Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation: _____

Disciplinary case number: _____

What was the nature of the disciplinary charge against you? _____

18.    Date you were found guilty of the disciplinary violation: _____

Did you lose previously earned good-time days?        Yes        No

If your answer is "Yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing: _____

Identify all other punishment imposed, including the length of any punishment, if applicable, and any changes in custody status:

_____

_____

_____

19.    Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?        Yes        No

If your answer to Question 19 is "Yes," answer the following:

Step 1 Result: _____

Date of Result: _____

Date of Result: _____

**All petitioners must answer the remaining questions:**

20.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

A.    **GROUND ONE:** UNITED STATES CONSTITUTION AMENDMENT XIV §1 Citizens Rights Not To Be Abridged. (July 28th 1868)

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): November 11th 2021 JOHN GABRIEL RIOS was denied due process of law in the capture of the plaintiff by LUBBOCK COUNTY SHERIFF'S OFFICE and now by LYNN COUNTY SHERIFF'S OFFICE for LUBBOCK COUNTY SHERIFF'S OFFICE, knowing JOHN GABRIEL RIOS to be A UNITED STATES CITIZEN. Archer Co

B.    **GROUND TWO:** UNITED STATES CONSTITUTION AMENDMENT IV Protection From Unreasonable Search And Seizure. (December 15th 1791)

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): November 11th 2021 No Warrant was issued for the capture of JOHN GABRIEL RIOS, Cadillac deville 2003, Law book's, court document's in RIOS v. Lynn county Sheriff's Office et al CAUSE# 5:21-CV-00058-H, money in the amount Not to exceed $6350, Phone(s) through Verizon Wireless (521) Cricket Wireless (Galaxy), clothes, shoes, Oakley Sunglasses (ejector), Wallet with social security card chime credit and debit cards, 1967 penny, gold dollar coins, apple half dollars coins, loose change in nickle quarters dimes, personal documents in A brown box, 22 inch Rims four in total in the back seat, protien powder, hair cutting clippers and gaurds, tools, Bag of rocks, projector, personal mail.

E. GROUND FIVE: UNITED STATES CONSTITUTION AMENDMENT V
Provisions concerning Prosecution and due process of law. (December 15th 1791)
November 11th 2021 Lubbock County Sheriff's office did take and
hold JOHN GABRIEL RIOS to be Detained without the Grand Jury
indictment of a infamous crime. No warrant for the arrest of
JOHN GABRIEL RIOS, Cadillac Deville 2003, money in the amount not to exceed
$6350, phone(s) through Verizon (s21) cricket wireless (su/exp), clothes,
shoes, Oakley sunglasses (eyewear), wallet with social security card
Chime Banking cards (credit and debit), 1967 penny, gold dollar coins,
half dollar coins, loose change in nickels quarters dimes, personal
documents in a brown box, 22 inch rims four in total in the back
seat, protien powder, hair cutting clippers and gaurds, tools, Bag of
rocks, projector, personal mail, court documents in Rios v.
Lynn County Sheriff's office et al Cause # 5:21-cv-00058-H,
law book's Federal 2020 edition, personal study notebook(s),
property still being withheld without due process of law.
November 23rd 2021 JOHN GABRIEL RIOS was held to
F. answer the infamous crime of Burglary of Habitation
without the Gand Jury indictment, with the 137th
District Court already having sent JOHN GABRIEL
RIOS to Probation for 10 years with failure
conditions of 7 years TDCJ then 12 years Probation
with a M.T.C. program for 120 days with failure
conditions of 7 years TDCJ then 8 years TDCJ
having the TDCJ number of 01898762, Having
to complete the almost 9 year sentence under a fake
Blue warrant by Lynn county sheriff's office
that they dropped April 2021, now having to answer
it again after being discharged by the parol
Board successfully, all starting January 2011 for
the Burglary of Habitation.

F. GROUND SIX: UNITED STATES CONSTITUTION AMENDMENT XIII §1
Slavery Abolished  (December 6th 1865)
November 11th 2021  Lubbock County Sheriff's Office  held
JOHN GABRIEL RIOS to pay a debt of servitude for
crime(s) without a conviction. Lubbock County Sheriff's
Office is having JOHN GABRIEL RIOS held at Lynn
County Sheriff's Office for the debt of servitude
without a conviction. On November 11th 2021 that
JOHN GABRIEL RIOS is

G. GROUND SEVEN: TEXAS CODE CRIMINAL ARTICLE 22.13 (a)(1)(b)
Cause Which Will Exonerate   (June 20th 2003)
November 11th 2021 Lubbock County Sheriff's Office did
not have authorization to issue a bond for JOHN
GABRIEL RIOS as a defendant in a court of law.
Lubbock County's Sheriff's Office knowing bond has a
No court previous to the undertaking makes it
invalid. JOHN GABRIEL RIOS being the principal in
the referenced article and Lubbock County Sheriff's
Office being the surety.

H. GROUND EIGHT: UNITED STATES CONSTITUTION AMENDMENT XI
Judicial Powers Construed   (January 8th 1798)
October 25th 2021 JOHN GABRIEL RIOS  was ordered by
James Wesley Hendrix to answer a questionnaire having
to do with JOHN GABRIEL RIOS #15680 v. Lynn County Sheriff's
Office et al. Cause # 5:21-cv-0058-H filed while being under
attack by the defendants. Having prevailed over the defendants
April of 2021 and the release from imprisonment before
the civil rights complaint could be set for trial. Filing
fee was paid in full before a request to set a trial
schedule date. During the time of asking for a trial date
And before October 25th 2021 court order, contact was

H. Ground eight. (page 2)

made to the Internal Revenue Service for COVID-19 relief matter's that was A issue because of the amount of money that was in my social security count (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). I was told my COVID-19 relief matter's were going to be sent as requested but the other amount of money cannot be sent or transferred until I was able to provide the correct number. THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS LUBBOCK DIVISION was the court of record and Judge James Wesley Hendrix was to provide the correct number in court to me so that I could have my relief by law. My civil rights complaint was based on false imprisonment made November 13th 2018 by LYNN COUNTY SHERIFF'S OFFICE and A false imprisonment made January 2011 by LUBBOCK COUNTY SHERIFF'S OFFICE leading to multiple punishments and A term of imprisonment parol and probation ending April 2021 when Lynn county sheriff's office agreed to lift A Blue warrant hold that did not exist by The Texas Board of pardons and paroles. LUBBOCK COUNTY SHERIFF'S OFFICE did on November 23th 2021 punish JOHN GABRIEL RIOS again after A successful completion of false imprisonment having to do with JOHN GABRIEL RIOS TDCJ number 01898762. JOHN GABRIEL RIOS did recieve dismissals for the false imprisonment made by Brent Meyer November 13th 2018 for the Lynn county sheriff's office and as for the claim of A Blue warrant hold I had A successful discharge that Lynn county sheriff's office would not honor until after almost 24 hours after the 106th DISTRICT court dismissed my remaining charging instrument(s) April 2021. Having the elements to

H. Ground eight (page 3)

prove the claim(s) in JOHN GABRIEL RIOS #15680.
V. LYNN COUNTY SHERIFF'S OFFICE et al. cause number
5:21-cv-00058-H. Lubbock COUNTY Sheriff's office
did assist LYNN COUNTY SHERIFF'S OFFICE et al.
ON November 11th 2021 While JOHN GABRIEL RIOS
was ORDERED to answer the questionnaire and
return it to the clerk for filing within 20 days
SO ORDERED by James wesley Hendrix October 25th 2021
and ending November 20th 2021. Lubbock county
sheriff's office did take all of my documents
so as to stop me from answering the questionnaire
by force on November 11th 2021 without warrants
without indictments by a grand jury and no court
authorizing a prosecution against John Gabriel Rios.
My iformation was put into their protected computers
for crimes so as to make me a National security
threat in the state of Texas November 11th 2021.
I lost my civil rights complaint for the failure
to comply with the court ORDERED questionnaire
with my reason being Lubbock county sheriff's office
holding JOHN GABRIEL RIOS and Documents in
false imprisonment so as to stop a Government
function I was participating in and had 3 more
days to finish my work, but without my Documents
that they are holding I lost my case March 28th 2021.
I was released March 30th 2021 but without my
Documents and my car (2003 cadillac Dellive white)
that has all my stuff from me moving from Panhandle
Texas to wilson Texas so I could be in the area for court
in the federal building. I made the move November 10th 2021
and held in false imprisonment November 11th 2021. Some
of my request for relief in my civil Rights complaint

H. Ground eight (page 4)

where being honored already, November 13th 2018 claims of interest against John Gabriel Rios were dismissed. I was given A successful discharge from Parol as John Gabriel Rios# 01898762, claims of interest while being detained where dismissed, the official investigation was being had, I just needed the rest of my relief in the court of law for the correct number of relief calculated by days and others by minutes and time, possible slavery. since my release from Lynn County sheriff's office April of 2021 and my release from Lubbock County sheriff's March 30th 2022 No real relief can be found when the trusted employed personel are still able to perform these act(s), and submit the false information out so as to imprison John Gabriel Rios state wide. February 4th 2023 Archer county sheriff's office made A false imprisonment for Lynn County sheriff's office. May 18th 2023 Lynn county sheriff's office made A false imprisonment for Lubbock county sheriff's office. Now Archer county sheriff's office will have another sheriff's office perform A false imprisonment against John Gabriel Rios having to do with February 4th 2023 and then having forced into the custody of Lynn County sheriff's office May 12th 2023 awaiting custody of Lubbock County sheriff's office made known May 15th 2023. so as to continue to oppress the free state of John Gabriel Rios. Now John Gabriel Rios has actual court cost for:

John Gabriel Rios v. State of Texas et al. Cause# 5:22-cv-266 ;

John Gabriel Rios v. Lynn County sheriff's office Cause# 5:22-cv-318 ;

John Gabriel Rios v. Lubbock County sheriff's office et al. Cause# 5:23-cv-109 ;

John Gabriel Rios v. Lynn County sheriff's office et al. Cause # 5:23-cv-126

John Gabriel Rios v. Lynn County sheriff's office et al. Cause #5:21-cv 00058-H ;

John Gabriel Rios v. Lynn county sheriff's office Cause# 5:22-cv - 307 ;

John Gabriel Rios v. Lubbock County sheriff's office et al. Cause# to be assigned by clerk.

C. **GROUND THREE:** UNITED STATES CONSTITUTION AMENDMENT VI
Rights of accused in criminal Prosecutions. (December 15th 1791)

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

November 11th 2021 JOHN GABRIEL RIOS was Prosecuted by Lubbock County Sheriff's Office without the state and district court, before the district court for the state could file the cause number(s) for the setting of Bond's total of $15,000. Having done the same November 23rd 2021 and January 2011 Burglary of Habitation.

D. **GROUND FOUR:** UNITED STATES CONSTITUTION AMENDMENT VIII
cruel and unusual Punishment (December 15th 1791)

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

November 11th 2021 JOHN GABRIEL RIOS was Punished by Lubbock County Sheriff's Office and released from Punishment March 30th 2022 but not before inflicting cruel acts on the date(s) 12/28/2021 ; 01/07/2022 ; 03/18/2022 Leading to more Punishment, Grievance date #1980 03/02/2022 Provides Lubbock County Sheriff's Office Punishment for money and forced Labor though Court ORDER With no Court Authority for Punishment, while continued Punishment under 2011430327-4 137th District Court.

21. Relief sought in this petition: _____

A. Ground One Relief: United States constitution Amendment XIV $1 $3 $4 $5, $5 to have the Power to enforce all relief John Gabriel Rios is entitled to. $6 Have all claims of debt against John Gabriel Rios from the Defendant(s) to be held illegal and void. $7 All employeed State of Texas Official(s) having assisted the known Defendant(s) to be removed from Office for the Disability(s). $2 All Property All money All tangible and intangible belongings to the Defendant(s) granted

-7-

21. A. Ground one relief: (Page 2)

to the Plaintiff John Gabriel Rios Lawfully for providing the elements of 18 U.S.C. § 794(a)(c)(d)(1)(A)(B)(2)(4). (They are A foreign Government using my information falsley between other foreign Government(s) to maintain imprisonment of John Gabriel Rios). United States Constitution Amendment II to be used to enforce.

B. Ground two Relief: United States Constitution Amendment IV All claims Lubbock County Sheriff's office holds for John Gabriel Rios #171092 to be removed from the protected computers and files that have ever existed. All property having to do with John Gabriel Rios returned at the address requested. All being done now after victory. With all immunities granted for the United States Constitution Amendment IV violation.

C. Ground three relief: United States Constitution Amendment VI To hold the claims of Lubbock County Sheriff's office against John Gabriel Rios to be illegal and void. So as to extend to the 137th District court having to do with Burglary of Habitation against John Gabriel Rios January 2011.

D. Ground four Relief: United States Constitution Amendment VIII starting November 17th 2021 time of false imprisonment with forced value as a slave multiplied by the duration in custody to any to resemble A relief for John Gabriel Rios (value of slavery multiplied by minutes detained equals relief). For every punishment inflicted while in custody of the defendant(s) to reflect the relief of (value of slavery multiplied by seconds punished equals relief) John Gabriel Rios. All value(s) are defendant(s) punishments already inflicted, not valid but illegal and I want to use the punishment(s) as A formation for relief.

E. Ground Five Relief: United States Constitution Amendment V
For the act(s) provided to John Gabriel Rios by
the Defendant(s), I do want all my property returned to
the address of my choosing. I do want my cadillac deville
2003 completely restored for having attacked me
in it multiple times. My Verizon bill paid for the contract
I lost during time detained. All money spent while detained
and Bond amount(s) recovered from Lone Star bail Bonds
and Defendant(s). For the January 2011 charge that
has surfaced with New Punishment(s) in the 137th
District Court November 23rd 2021, I want my
record to be Pardon from the charge completely,
to be give credit for the day(s) already served on
the January 2011 charge and awarded the value
of a slave mutiplied by day(s) served to equal the
Just compensation (value to be the illegal forced value
of Punishment for every time held to answer the
charge and add it when increased). All my unpaid
filling fee's in the united States District court Northern
District of Texas Lubbock Division to be paid and the
ones I have paid for reimbursed as long as it
is the direct or indirect fault of the Defendant(s).
All moneys spent in Prison under John Gabriel Rios TDCJ#
01848762 to be recovered for the violation that
has continued. For being the direct reason I lost my
civil rights complaint Rios v. Lynn county Sheriff's office et al.
5:21-cv-00058-H. I want to be awarded the money
relief I would have won in the suit in law for
Lubbock county sheriff's office involvement in suppressing
me and knowing they picked up the same charges
under 18 u.s.c. §1512 (4). National security has been
trusted to Lubbock County sheriff's office et al.

and they have been using National security equipment
to do the act(s) to John Gabriel Rios, the only
way to ensure the public safety is to take the
Defendant(s) to the most severe penalty under
18 USC. § 794 and that is Just compensation
for the public to remain A free state. All tangible/intangible
property/money Defendant(s) retain to be recovered and granted to John Gabriel Rios.

F. Ground SIX Relief: United States Constitution Amendment XIII § 2
free John Gabriel Rios from the Defendant(s), Instanter, and(?)

G. Ground Seven Relief: Texas Code Criminal 22.13 is one
of the Texas Government laws for expressing situation(s)
that have accured on past event(s) to support A cause
of action and to free from blame is Justified when
A court was not the reason for A simulated prosecution.
Defendant(s) are still responsible to pay everything for
the violation(s) to ensure public safety, so make them
submit to all damages to provide proper relief to John
Gabriel Rios.

H. Ground eight Relief: United States Constitution Amendment XI
is A right I have because I am A United State citizen
and in no way should any organization(s) be allowed
to go against our country. To use our Bill of Rights
to make there own Government proves they need
us., so they are subject to us. and our Government.
I want them to pay for all my case's I had to submit
against them. I want all my relief's granted. I want
all their property. I want everything they have for
going against the United States and this citizen.
Defendant(s) already have provided enough evidence
to be subject to the death penalty and I do believe
they Defendant(s) shall be subject to all John Gabriel
Rios demands for relief in this court. I do want my
entire criminal history pardon from the state of Texas. All(?)

H. Ground eight Relief: (Page 2)

I do want all the Defendant(s) be put down with the lethal injection that is authorized for betraying our country and its citizens. State of Texas kill(s) and so does the United States Government.

Case 5:21-cv-00058-H    Document 17    Filed 03/09/21    Page 3 of 67    PageID 3

II.    PLACE OF PRESENT CONFINEMENT: *Garza County Sheriff's Office*

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES  ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: John Gabriel Rios
412 East 15th St                    or
Post, Tx 79356

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Lynn County Sheriff's office
810 Lockwood St          Tahoka, TX 79373
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
18usc§1201(a)1)(b)§659§1589(a)1)2)3)4)§1962(a)(b)(c)(d)§2332b(9)5)B)§1203(a)§2384

Defendant #2: Texas Board of Pardons and Paroles
8610 Shoal Creek Boulevard          Austin, TX 78757
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
18usc§1962(a)(b)(c)(d)§659§1589(a)1)2)3)4)§2332b(9)5)B)§1203(a)§2384

Defendant #3: The State of Texas 106th District Court

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
18usc§1962(a)(b)(c)(d)§659§1589(a)1)2)3)4)§2332b(9)5)B)§1203(a)§2384 ;Texas criminal code 22.13

Defendant #4: Garza County Sheriff's office
412 East 15th St          Post, Tx 79356
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
18usc§1962a(b)(c)(d)§659§1589(a)1)2)3)4)§2332b(9)5)B)§1203(a)§2340A(b)1)2)(c)§2384

Defendant #5: Office of the chief Disciplinary Counsel state Bar of Texas
PO BOX 12487          Austin, TX 78711
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
18usc§1962(a)(b)(c)(d)§659§1589(a)1)2)3)4)§2332b(9)5)B)§1203(a)§2384

3

# Reply to Inmate Grievance

Inmate: <u>John Rios</u>

Location: 184

Kiosk: Cell 184

Subject: 20A.02 TRAFFICKING OF PERSON

Assigned To: All

Classification: Not Assigned

Complaint Against:None

Date Added: Apr 22, 2021 - 12:28 pm CDT

Entry ID: 343673

Inmate ID: 11061

Inmate State ID:

Grievance:

With due regard to the continued detention under Lynn County Sheriffs Office, it is of the excess of over 2years, with A hold on A prior conviction of 7years for A Burglary of A habitation 2/2011 start date and was up in 2/2018, now with continued hold under A warrent number that is to have expired before my arrest by Lynn County Sheriffs Office on 11/13/2018, the like charge in the is united states code 18 section 1203, now you are all guilt by 18 usc section 2, comply with the law or be subject to such.

Status:

Resolved Substantiated

Attachments:

**Attachment Name**

Notes for Inmate:

I have spoke with parole and you did not discharge parole until 2020 there we had a valid reason to hold you.

Preset Responses

No preset responses found.

## Item History

| Date | Modified By | Assigned To | Status |
|------|-------------|-------------|--------|
| 04/29/2021 04:20:10 pm CDT | Katrina White | | Resolved Substantiated |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JOHN GABRIEL RIOS,
Institutional ID No. 15680

                Plaintiff,

v.

LYNN COUNTY SHERIFF'S
OFFICE, *et al.*,

              Defendants.

No.  5:21-CV-00058-H

### ORDER

Plaintiff, proceeding pro se, filed this civil-rights action under 42 U.S.C. § 1983.

The Court finds that Plaintiff should be required to answer the attached questionnaire and return it to the Clerk for filing within 20 days from the date of this order. *See Green v. McKaskle,* 788 F.2d 1116, 1120 (5th Cir. 1986) (holding that a prisoner may be required to supplement his § 1983 complaint with answers to a questionnaire). Failure to comply with this order shall result in the dismissal of this complaint for want of prosecution.

So ordered.

Dated October 25, 2021.

                                                      _____
                                                 JAMES WESLEY HENDRIX
                                                 United States District Judge

John

*Here's a copy of the settlement check statement. I made two copies — one to write on and the other one just because.*

*Mom*

433

**STATEMENT OF PAYMENT**

147395810

SEND CORRESPONDENCE TO:

Automated payment information
may be available to you
24 hours a day, 7 days a week
by calling Talcott Resolution

Talcott Resolution Life Insurance Company
P.O. Box 5051
Hartford, CT 06102-5051

1-800-678-2282

00109

JOHN G RIOS
RT 1, BOX 240-D
WILSON, TX 79381-9601

ACCOUNT NUMBER:

| CONTRACT | DUE DATE | GROSS PMNT | EXCESS INT | TOTAL DEDCT | NET PMNT |
|---|---|---|---|---|---|
| 65 HLICEBSAQ | 10/29/2021 | 6,350.00 | .00 | .00 | 6,350.00 |
| CCX0200276  01 | FED TAX | STATE TAX | CITY TAX | | |
| DEDUCTIONS: | .00 | .00 | .00 | | |

THIS IS YOUR LAST PAYMENT

# NOTICE OF ASSIGNMENT OF COUNSEL

DATE ASSIGNED: November 18, 2021

DEFENDANT'S NAME:  John Gabriel Rios
PID: 4877720
SO: 171092

CAUSE NUMBER(s)/MAGISTRATE NUMBER(s):
PFF-2021-MAG-1273 MAG
PFF-2021-MAG-1275 MAG

OFFENSE:
Unl Poss Firearm By Felon
**EVADING ARREST DET W/VEH**

William D Dehaas (00793603) (0) is assigned as Attorney of Record for the
above listed cause number.

ATTORNEY'S TELEPHONE NUMBER:  806-763-9263

ATTORNEY'S ADDRESS:
1114 Texas Ave
Lubbock, TX  79401

BOND COMPANY: In Jail

Assignment approved by:

Philip Wischkaemper
Chief Defender
Lubbock Private Defenders Office
1401 Crickets Avenue
Lubbock TX 79401

| Full Name | DOB | Gender | Race | Booking # | SO # | Charge Offense Description | Case # | Bond Amount | Arrest Date | Arrest Agency Description | Arrest Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RIOS, JOHN GABRIEL | 10/29/1991 | Male | White | 2021010091 | 171092 | EVADING ARREST DET W/VEH | PFF-2021-MAG-1275 | $5,000.00 | 11/23/2021 | Lubbock County Sheriff's Office | E 62/82 AND CR 183 |
| RIOS, JOHN GABRIEL | 10/29/1991 | Male | White | 2021010091 | 171092 | EVADING ARREST DET W/VEH | PFF-2021-MAG-1275 | $5,000.00 | 11/23/2021 | Lubbock County Sheriff's Office | |
| RIOS, JOE, III | 09/19/1997 | Male | White | 2021008908 | 203621 | BURGLARY OF HABITATION | PFF-2021-MAG-0766 | $20,000.00 | 10/07/2021 | Lubbock County Sheriff's Office | 5602 47th Street #63 |
| RIOS, JOE, III | 09/19/1997 | Male | White | 2021008908 | 203621 | BURGLARY OF HABITATION | PFF-2021-MAG-0766 | $20,000.00 | 10/07/2021 | Lubbock County Sheriff's Office | 5602 47th Street #63 |
| RIOS, JOE, III | 09/19/1997 | Male | White | 2021008908 | 203621 | PCS PG1 4-200G | 2021423240 | $30,000.00 | 10/07/2021 | Lubbock County Sheriff's Office | 5602 47th Street #63 |
| RIOS, JOE, III | 09/19/1997 | Male | White | 2021008908 | 203621 | PCS PG1 4-200G | 2021423240 | $30,000.00 | 10/07/2021 | Lubbock County Sheriff's Office | 5602 47th Street #63 |
| RIOS, JOE, III | 09/19/1997 | Male | White | 2021008908 | 203621 | PCS PG1 4-200G | 2021423240 | $30,000.00 | 10/07/2021 | Lubbock County Sheriff's Office | 5602 47th Street #63 |
| RIOS, JOE, III | 09/19/1997 | Male | White | 2021008908 | 203621 | PCS PG1 4-200G | 2021423240 | $15,000.00 | 10/07/2021 | Lubbock County Sheriff's Office | |
| RIOS, JOE, III | 09/19/1997 | Male | White | 2021008908 | 203621 | PCS PG1 4-200G | 2021423240 | $15,000.00 | 10/07/2021 | Lubbock County Sheriff's Office | |
| RIOS, JOE, III | 09/19/1997 | Male | White | 2021008908 | 203621 | CONTEMPT OF COURT | | | 10/07/2021 | Lubbock County Sheriff's Office | |
| RIOS, JOE, III | 09/19/1997 | Male | White | 2021008908 | 203621 | CONTEMPT OF COURT | | | 10/07/2021 | Lubbock County Sheriff's Office | |
| RIOJAS, TAMMI | 05/10/1982 | Female | White | 2021007131 | 153490 | THEFT $100-$750 | 2020440279 | $1,500.00 | 07/28/2021 | Other Agency | 7302 UNIVERSITY AVE |
| RIOJAS, TAMMI | 05/10/1982 | Female | White | 2021007131 | 153490 | THEFT $100-$750 | 2020440279 | $6,800.00 | 07/28/2021 | Other Agency | 7302 UNIVERSITY AVE |
| RIOJAS, TAMMI | 05/10/1982 | Female | White | 2021007131 | 153490 | UUMV | DC-2021-CR-0440 | $10,000.00 | 07/28/2021 | Other Agency | 7302 UNIVERSITY AVE |
| RIOJAS, ANGELICA NICOL | 10/02/1985 | Female | White | 2021002593 | 155894 | FELON IN POSS OF FIREARM | 2021422525 | $10,000.00 | 03/20/2021 | Lubbock Police Dept. | 4600 34TH ST |

Stopped Guy 2 station
on 82nd East
white cadillac Deville 2003

E-0821

| Full Name | DOB | Gender | Race | Booking # | SO # | Charge Offense Description | Case # | Bond Amount | Arrest Date | Arrest Agency Description | Arrest Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RIOS, JOHN GABRIEL | 10/29/1991 | Male | White | 2021010091 | 171092 | EVADING ARREST DET W/VEH | PFF-2021-MAG-1275 | $10,000.00 | 11/23/2021 | Lubbock County Sheriff's Office | |
| | 10/29/1991 | Male | White | 2021010091 | 171092 | EVADING ARREST DET W/VEH | PFF-2021-MAG-1275 | $10,000.00 | 11/23/2021 | Lubbock County Sheriff's Office | |
| | 10/29/1991 | Male | White | 2021010091 | 171092 | EVADING ARREST DET W/VEH | PFF-2021-MAG-1275 | $10,000.00 | 11/23/2021 | Lubbock County Sheriff's Office | E 62/82 AND CR 183 |
| | 10/29/1991 | Male | White | 2021010091 | 171092 | EVADING ARREST DET W/VEH | PFF-2021-MAG-1275 | $10,000.00 | 11/23/2021 | Lubbock County Sheriff's Office | E 62/82 AND CR 183 |
| | 10/29/1991 | Male | White | 2021010091 | 171092 | UNL POSS FIREARM BY FELON | PFF-2021-MAG-1275 | $10,000.00 | 11/23/2021 | Lubbock County Sheriff's Office | |
| | 10/29/1991 | Male | White | 2021010091 | 171092 | UNL POSS FIREARM BY FELON | PFF-2021-MAG-1273 | $5,000.00 | 11/23/2021 | Lubbock County Sheriff's Office | E 62/82 AND CR 183 |
| | 10/29/1991 | Male | White | 2021010091 | 171092 | BURGLARY OF HABITATION | 2011430327 | $105.00 | 11/23/2021 | Lubbock County Sheriff's Office | |
| | 10/29/1991 | Male | White | 2021010091 | 171092 | BURGLARY OF HABITATION | 2011430327 | $105.00 | 11/23/2021 | Lubbock County Sheriff's Office | |
| RIOS, JUAN ESCOBAR | 06/09/1948 | Male | White | 2021002247 | 45213 | PUBLIC INTOXICATION | | | 03/11/2021 | Lubbock Police Dept. | 1803 7TH ST |
| | 06/09/1948 | Male | White | 2021002247 | 45213 | FAIL REG SEX OFF-LIFE/ANN | 2021422548 | $50,000.00 | 03/11/2021 | Lubbock Police Dept. | 1803 7TH ST |
| RIOS, LEONEL | 02/18/1992 | Male | White | 2021009015 | 197735 | EVADING ARREST DET W/VEH | DC-2021-CR-0612 | $3,500.00 | 10/21/2021 | Lubbock County Sheriff's Office | |
| | 02/18/1992 | Male | White | 2021009015 | 197735 | EVADING ARREST DET W/VEH | DC-2021-CR-0612 | $3,500.00 | 10/21/2021 | Lubbock County Sheriff's Office | |
| | 02/18/1992 | Male | White | 2021009015 | 197735 | FELON IN POSS OF FIREARM | 2021422553 | $5,000.00 | 10/21/2021 | Lubbock County Sheriff's Office | |
| | 02/18/1992 | Male | White | 2021009015 | 197735 | FELON IN POSS OF FIREARM | 2021422553 | $5,000.00 | 10/21/2021 | Lubbock County Sheriff's Office | 2620 AUBURN |

## General Complaint/Request Form - #10,499,345

| | | | |
|---|---|---|---|
| From: | JOHN RIOS (171092) | Date Submitted: | 12/17/2021 12:32 PM |
| Housing Area: | 4C | Date Received: | 12/17/2021 3:12 PM |
| Assigned To: | Legal Request | Status: | **CLOSED** |

### Request

Mrs.martinez we spoke today in 4-c and I was wanting a copy of all my request \grievances for my court documents cause number 5:21-cv-00058-H john gabriel rios vs lynn county sheriffs office et al...in the northern district of Texas Lubbock division where i am a pro-se litigant in the matter. You expressed you will print this information I requested and this is of my request, please and thank you for your time.

### Response by **Officer. M. Martinez** on **12/22/2021** at **9:16 AM**

Mr. Rios I did say I would print out cases you need pertaining to your case. However, I also said I could only print cases from the tablet under the Law Library widget you find if you give me the correct case information. I will send you an example of a case for future reference. The highlighted information on the copy you receive will be what I need to find the case. I did try to find the above case number you provided above, however, I was unable to find it in the program I have. You may need to write to the courts and ask for the copies.

## Inmate Incident # 2021-002885
Booking Number: 2021010091

### Inmate Information

| Name: | RIOS, JOHN GABRIEL | | |
|---|---|---|---|
| Date of Birth: | 10/29/1991 | SO Number : | 171092 |
| Gender: | Male | Social Security: | 634260480 |
| Race: | White | Driver's License: | TX-27290915 |

### Incident Information

| Date: | 12/28/2021 | Time: | 4:30 AM |
|---|---|---|---|
| Badge #: | 01-6432 | | |
| Officer Name: | Vega, Marcus Ryan | | |
| Violation Type: | Rules Violation | Location: | 4C Dorm 113 A (Top) |
| Incident Type: | Rules Violation- Non Criminal | | |

| Party | Connection | Violations |
|---|---|---|
| CERDA, ISAAC | Inmate | A25 - Disrespect to Staff |
| | | A26 - Disruption of Any Institutional Activity |
| | | A27 - Excessive Noise |
| | | A42 - Refusal to Follow Written or Oral Directives |
| | | A44 - Violation of Feeding Procedures |
| RIOS, JOHN GABRIEL | Inmate | A42 - Refusal to Follow Written or Oral Directives |
| CARRILLO, HOMERO | Inmate | A25 - Disrespect to Staff |
| | | A26 - Disruption of Any Institutional Activity |
| | | A27 - Excessive Noise |
| | | A42 - Refusal to Follow Written or Oral Directives |
| | | A44 - Violation of Feeding Procedures |

### Hearing Information

| Date: | 01/05/2022 | Time: | 8:00 AM |
|---|---|---|---|
| Badge #: | 01-4374 | Officer Name: | HEARN, DEMETREIA |
| Location: | Law Library | | |

| Party | Connection |
|---|---|
| CERDA, ISAAC | Inmate |
| RIOS, JOHN GABRIEL | Inmate |
| CARRILLO, HOMERO | Inmate |

### Incident Report # 21002875-ORI

| Date: | 12/28/2021 | Time: | 5:08 AM |
|---|---|---|---|
| Badge #: | 01-6432 | Officer Name: | Vega, Marcus Ryan |
| Report Type: | Incident Report Original | | |
| Status: | Approved | | |
| Status Badge #: | 01-6424 | Status Officer Name: | Simpson, Michael Thomas |

*Printed on 12/28/2021 at 8:00:33 AM*

Narrative:        Isaac Cerda

          A25- Disrespect to Staff
          A26- Disruption of Any Institutional Activity
          A27- Excessive Noise
          A42- Refusal to Follow Written or Oral Directives
          A44- Violation of Feeding Procedures

          John Rios

          A42- Refusal to Follow Written or Oral Directives

          Homero Carrillo

          A25- Disrespect to Staff
          A26- Disruption of Any Institutional Activity
          A27- Excessive Noise
          A42- Refusal to Follow Written or Oral Directives
          A44- Violation of Feeding Procedures

On 12/28/21, I was assigned to work Pods 3A/B. At approximately 0430, Detention Response Team Sergeant Travis Lamkin, Officers Marcus Lowry, Johnny Johnson, Miguel Ruiz, and Jeremiah Garza, and I entered Pod 4-C to conduct feeding procedures, due to their disruptive and disrespectful behavior throughout the night.

I informed all inmates in the housing area of my expectations on how the feeding procedure would be conducted and informed them if they deviated from the instructions in any way, they would be escorted out of the pod. Inmate Homero Carrillo began making disrespectful comments and began giving disrespectful hand motions. I made the decision for DRT Johnson and Garza to escort Inmate Carrillo out of the pod for his disrespectful behavior.

While conducting feeding procedures, Inmate Isaac Cerda was in the process of receiving his tray when he became argumentative with officers and began making a commotion, saying disrespectful terms. Inmate Cerda was escorted out of the pod by DRT Garza and Officer Victoria Benitez.

Once the inmates were being dismissed from their tables, they were given the instruction to head directly back to their bunk and remain in their bunk for the remainder of the day. Inmate Rios got up from his table and walked to the sink in the middle of the dayroom. The directive was repeated to Inmate Rios, to which he looked up, smiled at officers, and continued to fill up his cup. Inmate Rios was escorted out of the pod by DRT Johnson and Garza.

All Inmates will be referred to disciplinary. Inmate Carrillo was rehoused to 3-C-212, Inmate Cerda was rehoused to 3-A-209, and Inmate Rios was rehoused to 3-A-107, pending a disciplinary hearing. A status review will be conducted by Sgt. Simpson within 14 days.

My body camera was utilized during the incident.

I have nothing further to report.

# Lubbock County Detention Center
## Notification of Disciplinary Hearing
### Major Infraction Report # 2021-002885

Inmate's name: __RIOS, JOHN G.__                     __171092__              __2021010091__

                                              SO #                    Booking #

Notification: __12/28/2021__                            3A- 107
                    Date              Time         Cell #

You have been charged with violating rule(s) and/or regulation(s) of the Lubbock County Detention Center.  This violation(s) is classified as a major infraction.

     Violation __A42 - REFUSAL TO FOLLOW WRITTEN OR ORAL DIRECTIVES__

     Violation _____

     Violation _____

     Violation _____

     Violation _____

Complainant(s): _____

A HEARING BEFORE THE DISCIPLINARY BOARD WILL BE HELD ON:

     Date: _____01/19,20/2022_____        Time: _____0700-1700_____

You have the right to be present at the hearing when not unduly hazardous to institutional safety and correctional goals; to present evidence and witnesses on your behalf when not unduly hazardous to institutional safety and correctional goals. Your specific rights in the hearing are outlined in detail in the **INMATE HANDBOOK**. If you do not have access to a copy of the handbook , ask any officer for a copy and you will be given one. Your witness request must be submitted to the disciplinary officer, in writing, no less than **\*48 HOURS** before the hearing. (\*Please note"three (3) hours prior to your hearing" in the inmate handbook is incorrect.)

You have the right to have a staff member, or other person appointed to assist you in the hearing process. You must give proper notice to the disciplinary officer prior to the hearing for this appointment.

_____ I **CAN** read this notice or had its contents read to me in a language I understand and I understand the contents of the notice.

I received a copy of this notice

__12/28/2021__                                              __12/28/2021__
Date            Time                             Date            Time
                                                     __M. MARTINEZ- 8341__
Inmate Signature                                        Disciplinary Officer

                                                       __12/28/2021__
                                                       Date            Time

( ) Inmate refused to sign this notice_____                Disciplinary Officer
                                      D.O. Initials                      Date            Time

                                                        Witness Signature

DET - 1009
Revised 12/12/12

## Lubbock County Detention Center
## Notification of Disciplinary Hearing
## Major Infraction Report # 2021-002885

Inmate's name: RIOS, JOHN G.                     171092                2021010091
                                                _____            _____
                                                SO #                   Booking #
Notification:    12/28/2021                     3A- 107
              _____           _____
              Date          Time                Cell #

You have been charged with violating rule(s) and/or regulation(s) of the Lubbock County Detention Center. This violation(s) is classified as a major infraction.

Violation  A25 - DISRESPECT TO STAFF

Violation  _____

Violation  _____

Violation  _____

Violation  _____

Complainant(s):  _____

A HEARING BEFORE THE DISCIPLINARY BOARD WILL BE HELD ON:

Date:    01/05,06/2022          Time:        0700-1700

You have the right to be present at the hearing when not unduly hazardous to institutional safety and correctional goals; to present evidence and witnesses on your behalf when not unduly hazardous to institutional safety and correctional goals. Your specific rights in the hearing are outlined in detail in the **INMATE HANDBOOK**. If you do not have access to a copy of the handbook , ask any officer for a copy and you will be given one. Your witness request must be submitted to the disciplinary officer, in writing, no less than *__48__ __HOURS__ before the hearing. (*Please note"three (3) hours prior to your hearing" in the inmate handbook is incorrect.)

You have the right to have a staff member, or other person appointed to assist you in the hearing process. You must give proper notice to the disciplinary officer prior to the hearing for this appointment.

_____  I **CAN** read this notice or had its contents read to me in a language I understand and I understand the contents of the notice.

I received a copy of this notice

    12/28/2021                               12/28/2021
_____              _____
Date            Time                     Date            Time
                                         M. MARTINEZ 8341
_____              _____
Inmate Signature                         Disciplinary Officer
                                         12/28/2021
                                         _____
                                         Date            Time

                                         _____
( ) Inmate refused to sign this notice_____   Disciplinary Officer
                              D.O. Initials          _____
                                                     Date            Time

                                                     _____
                                                     Witness Signature

DET - 1009
Revised 12/12/12

## Notice of Hearing Disposition Report #2021-002885

| RIOS, JOHN G. | 171092 | 2021010091 | 3A- 107 |
|---|---|---|---|
| Inmate's Name | So# | Booking# | Cell # |

Disciplinary hearing was convened on    01/19/20/2022 at _824_ HOURS

The following action was taken:    ∅   DAYS FULL RESTRICTION

NO VISITS, NO PHONE CALLS, LIMITED COMMISSARY

Your PIN number will be deactivated during you disciplinary period and will be automatically re-activated the day your disciplinary is finished.

### ***TO BEGIN WHEN MOVED BY CLASSIFICATION***

Based on : Inmate behavior **1st** / **Not 1st** time before a disciplinary hearing this incarceration, did the officer's report support the violation **Yes** / No:

| | | |
|---|---|---|
| **Yes**/No | Violation | A42 - REFUSAL TO FOLLOW WRITTEN OR ORAL DIRECTIVES |
| Yes/No | Violation | |
| Yes/No | Violation | |
| Yes/No | Violation | |
| Yes/No | Violation | |
| Yes/No | Violation | |

EXPLANATION:    BASED ON OFFICER REPORT &

INMATE TESTIMONY

*Guilty - Verbal*

M. MARTINEZ- 8341
Disciplinary Officer
Date   01/19/20/2022   Time    _824_

I received a copy of this disposition
Date    01/19/20/2022   Time    _824_

_____
Inmate Signature

You may appeal the decision of the disciplinary hearing board within seventy-two (72) hours. If you choose to appeal, your appeal must be completed using the Inmate tablet filling out the Disciplinary Appeal Form. Please provide all necessary evidence and testimony as to why your case should be considered for a lesser sentence or dismissal. All appeals will be forwarded to the Director of Logistics or designee for review and a final decision.

Restrictions Starting_____ Ending _____

_____    _____
Supervisor Signature        Date
DET-1012
Revised 12/12/12

## Lubbock County Detention Center
## Waiver of Disciplinary Hearing Report : #2021-002885

Inmate's Name: RIOS, JOHN G.
171092
2021010091

SO #                    Booking #

Notification:    12/30/2021                                     3A- 107

Date                        Time                          Cell #

I HAVE BEEN NOTIFIED THAT I AM ACCUSED OF THE FOLLOWING INFRACTIONS OF THE INMATE RULES AND REGULATION:

Violation  A25  DISRESPECT TO STAFF

Violation

Violation

Violation

Violation

I understand that I have a right to a disciplinary hearing on these violations.  I hereby waive my right to a formal hearing and agree to accept the disciplinary officer's recommendation for disciplinary action.  A disciplinary board, if convened, can hand down the following sanctions:loss of good conduct credit, loss of privileges for a period not to exceed 30 days, removal from work details or programs, and disciplinary separation for a period not to exceed 30 days for major infractions;and verbal or written reprimand, loss of privilege for a period not to exceed 15 days, and a disciplinary separation for a period not to exceed 15 days for minor infractions. I also waive my right to appeal. Your PIN number will be deactivated during you disciplinary period and will be automatically re-activated the day your diciplinary is finished.

Sanctions offered by this waiver:

_____ Counseling                                    _____ Verbal reprimand

XXXXXXX   Disciplinary separation                      _____ Written reprimand

(Including loss of privileges) to begin when moved by classification

For _____ **5** _____ days, starting _____ ending _____

_____              12/30/2021
Inmate Signature:                              Date:

M. MARTINEZ 8341                               12/30/2021
Disciplinary Officer:                          Date:

_____              _____
Witness if Inmate Refuses:                     Date:

_____              _____
Supervisor:                                    Date:

DET - 1008
REVISED 12/12/2012

## Lubbock County Detention Center
## Waiver of Disciplinary Hearing Report : #2021-002885

| Inmate's Name: | RIOS, JOHN G. | | 171092 | | 2021010091 |
|---|---|---|---|---|---|
| | | | SO # | | Booking # |

| Notification: | 12/30/2021 | | 3A- 107 262 |
|---|---|---|---|
| | Date | Time | Cell # |

I HAVE BEEN NOTIFIED THAT I AM ACCUSED OF THE FOLLOWING INFRACTIONS OF THE INMATE RULES AND REGULATION:

Violation  A42 - REFUSAL TO FOLLOW WRITTEN OR ORAL DIRECTIVES

Violation  _____

Violation  _____

Violation  _____

Violation  _____

I understand that I have a right to a disciplinary hearing on these violations. I hereby waive my right to a formal hearing and agree to accept the disciplinary officer's recommendation for disciplinary action. A disciplinary board, if convened, can hand down the following sanctions:loss of good conduct credit, loss of privileges for a period not to exceed 30 days, removal from work details or programs, and disciplinary separation for a period not to exceed 30 days for major infractions;and verbal or written reprimand, loss of privilege for a period not to exceed 15 days, and a disciplinary separation for a period not to exceed 15 days for minor infractions. I also waive my right to appeal. Your PIN number will be deactivated during you disciplinary period and will be automatically re-activated the day your diciplinary is finished.

Sanctions offered by this waiver:

_____ Counseling                            _____ Verbal reprimand

_XXXXXXX__ Disciplinary separation                _____ Written reprimand

(Including loss of privileges) to begin when moved by classification

For _____3_____ days, starting _____ ending _____

| | 12/30/2021 |
|---|---|
| _____ Inmate Signature: | Date: |
| M. MARTINEZ- 8341 | 12/30/2021 |
| Disciplinary Officer: | Date: |
| _____ Witness if Inmate Refuses: | Date: |
| _____ Supervisor: | Date: |

DET - 1008
REVISED 12/12/2012

**Inmate Incident # 2022-000133**
Booking Number: 2021010091

## Inmate Information

| | | | |
|---|---|---|---|
| Name: | RIOS, JOHN GABRIEL | | |
| Date of Birth: | 10/29/1991 | SO Number : | 171092 |
| Gender: | Male | Social Security: | 634260480 |
| Race: | White | Driver's License: | TX-27290915 |

## Incident Information

| | | | |
|---|---|---|---|
| Date: | 01/07/2022 | Time: | 3:00 PM |
| Badge #: | 01-6486 | | |
| Officer Name: | Hill, Austin Michael | | |
| Violation Type: | Rules Violation | Location: | 3A Cell 107 Single Separation |
| Incident Type: | Rules Violation- Non Criminal | | |
| Comment: | Inmate was Threatening the officer Inmate will remain in current housing pending disciplinary | | |

| Party | Connection | Violations |
|---|---|---|
| RIOS, JOHN GABRIEL | Inmate | A40 - Threatening |

## Incident Report # 22000133-ORI

| | | | |
|---|---|---|---|
| Date: | 01/07/2022 | Time: | 5:35 PM |
| Badge #: | 01-6486 | Officer Name: | Hill, Austin Michael |
| Report Type: | Incident Report Original | | |
| Status: | Approved | | |
| Status Badge #: | 01-4504 | Status Officer Name: | Hoffman, Brittany |

Narrative:

A40 Threatening

On 01/07/2021, I was assigned to Cluster 3 Pods A/B. At approximately 1500, Inmate John Rios activated his intercom system and asked why he did not receive the tablet today. I informed him I asked everyone individually in the morning if they would like to use the phone and the tablet. When I came to Inmate Rios s cell, I activated his intercom, and I proceeded to ask Inmate Rios multiple times if he would like to use the phone and tablet. After asking Inmate Rios multiple times and not getting a response back I determined Inmate Rios was refusing to use the items. Once I informed Inmate Rios of the situation he became very agitated, he asked for my name and my badge number. I provided Inmate Rios with the information, he also asked if I was a peace officer, and I informed Inmate Rios I was indeed an active peace officer. As soon as Inmate Rios knew I was an active peace officer he immediately began to make threats to me stating I would be easy to find in order to kidnap. I asked Inmate Rios if he was making a threat towards me, Inmate Rios replied it wasn't a threat and it was going to happen. Inmate Rios will remain in current housing pending disciplinary.

Zone 1 Supervisor Sgt. Brittany Hoffman was informed of the situation.

DRT Brand Price was present for this situation.

I have nothing further to report at this time.

### Inmate Incident # 2022-001636
Booking Number: 2021010091

#### Inmate Information

| | | | |
|---|---|---|---|
| Name: | RIOS, JOHN | | |
| Date of Birth: | 10/29/1991 | SO Number : | 171092 |
| Gender: | Male | Social Security: | 634260480 |
| Race: | Hispanic | Driver's License: | TX-27290915 |

#### Incident Information

| | | | |
|---|---|---|---|
| Date: | 03/18/2022 | Time: | 9:30 PM |
| Badge #: | 01-7344 | | |
| Officer Name: | Espinal, Wilmer | | |
| Violation Type: | Rules Violation | Location: | 6B Cell 203 1 A (Top) MOC |
| Incident Type: | Rules Violation- Non Criminal | | |
| Comment: | Inmate referred to disciplinary. Keep separates added Inmate rehoused. | | |

| Party | Connection | Violations |
|---|---|---|
| RIOS, JOHN | Inmate | A21 - Throwing or Propelling of Objects/Substances |
| | | A33 - Inciting a Fight |
| | | A42 - Refusal to Follow Written or Oral Directives |
| | | B15 - Yelling at Other Inmates |
| ORNELAS JR, RICARDO | Victim | |

#### Incident Report # 22001621-ORI

| | | | |
|---|---|---|---|
| Date: | 03/18/2022 | Time: | 11:18 PM |
| Badge #: | 01-7344 | Officer Name: | Espinal, Wilmer |
| Report Type: | Incident Report Original | | |
| Status: | Approved | | |
| Status Badge #: | 01-5191 | Status Officer Name: | Jasper, Tanner |

Narrative:

A21 THROWING OR PROPELLING OF OBJECTS/SUBSTANCES

A33 INCITING A FIGHT

A42 REFUSAL TO FOLLOW WRITTEN OR ORAL DIRECTIVES

B15 YELLING AT OTHER INMATES

On March 18th, 2022, I was assigned to work in 6-B. At approximately 2140, I noticed Inmate John Rios pacing back and forth in 6-B-203. As I continued to watch Inmate Rios, I observed him take off his shirt and throw it across the cell. Once I observed Inmate Rios appear to be agitated, I called him using the cell's intercom. After multiple attempts of trying to communicate with Inmate Rios, the situation escalated.

I observed Inmate Rios throw a tote towards another inmate in the cell. The other inmate was identified as Ricardo Ornelas, Jr. Inmate Ornelas remained in his bunk during the incident. I gave Inmate Rios verbal directives to leave the cell and to stop inciting a fight with Inmate Ornelas. Inmate Rios refused to follow my directives and continued to yell at Inmate Ornelas. I instructed Inmate Rios multiple times to separate and exit the cell. Inmate Rios continued to ignore my directives and remained arguing with Inmate Ornelas in the cell. I instructed the pod to rack up and notified central control over my radio, " I have a fight in 6-B-203."

Detention Response Team members (DRT) Andrew Ramon, DRT Rojelio Lara, DRT Amy Scobey-Couch, Officer Jonathan Primm, Officer Godwin Dah, Officer James Finney, Sgt. Hannah Durham, Sgt. Tanner Jasper, Sgt. Jeremy Tidwell and Captain Perry Mull all arrived to assist in 6-B. Both inmates were placed in handcuffs and escorted out of 6-B to Processing. Inmate Rios was escorted by DRT Ramon and DRT Lara. Inmate Ornelas Jr. was escorted by DRT Scobey-Couch and Officer Primm.

Once both inmates were removed from 6-B, Sgt. Tidwell and Officer Dah retrieved both inmates' property from 6-B-203. Inmate Rios was placed in PC-8. Inmate Ornelas Jr. was placed in PC-5. Neither party received injuries during the confrontation due to it being a verbal argument and there was no physical altercation. Both parties refused medical attention. Inmate Ornelas was cleared to return to pod 6-B while Inmate Rios remained in PC-8 awaiting a new housing assignment. Keep separates were created for both parties. Inmate Rios will be referred to disciplinary.

Sgt. Tanner Jasper was present for the incident. After further investigation of the incident, Sgt. Jasper concluded the incident was caused because Inmate Ornelas informed Inmate Rios to shut the cell door to prevent both inmates from getting in trouble for propping the cell door. Inmate Rios informed Sgt. Jasper he became upset due to an inmate was telling him what to do and began arguing with Inmate Ornelas.

I have nothing further to report at this time.

Incident Report # 22000435-SUP

| | | | |
|---|---|---|---|
| Date: | 03/19/2022 | Time: | 2:49 AM |
| Badge #: | 01-6318 | Officer Name: | Scobey-Couch, Amy Michelle |
| Report Type: | Supplement Report | | |
| Status: | Approved | | |
| Status Badge #: | 01-5191 | Status Officer Name: | Jasper, Tanner |
| Narrative: | | | |

On 03/18/2022, I was assigned to work as the Zone One Support Officer. At approximately 2130, I responded to a fight in 6B 203. Upon arrival, I witnessed two inmates in 203 yelling at each other. I made entry into 203 and directed a male inmate to get on the ground and place his hands behind his back. The inmate was identified as Ricardo Ornelas. Inmate Ornelas complied with my directives. I applied handcuffs to Inmate Ornelas. The handcuffs were double-locked and checked for fit.

I directed Inmate Ornelas to roll to his left side and bring his knees to his chest as I helped him to a standing position. Officer Jonathan Primm gained control of Inmate Ornelas left arm and I maintained control of his right arm. Inmate Ornelas declined to file criminal charges and refused medical attention due to there being no physical altercation. Inmate

Ornelas was escorted into Processing Cell (PC-5). A pat search was conducted. No contraband was found. I removed the handcuffs from Inmate Ornelas. Pictures were taken and attached to this report. All officers exited the cell without incident.

I utilized DRT Johnny Johnson's body camera due to mine being unavailable.

Zone Two Supervisor, Sgt. Tanner Jasper was notified of the event.

I have nothing further to report.

Incident Report # 22000436-SUP

| | | | |
|---|---|---|---|
| Date: | 03/19/2022 | Time: | 9:30 PM |
| Badge #: | 01-6428 | Officer Name: | Lara, Rojelio |
| Report Type: | Supplement Report | | |
| Status: | In-Progress | | |
| Status Badge #: | 01-6428 | Status Officer Name: | Lara, Rojelio |

Narrative:    On 3/18/2022, I was assigned to work 3A/B. At approximately 2140, I responded to 6-B for an inmate fight. When I entered the pod I was directed to cell 6-B-203 where Inmate John Rios and Inmate Ricardo Ornelas were arguing. I entered the cell and instructed Inmate Rios to turn around and place his hands behind his back. Inmate Rios complied with my directives. I applied handcuffs to Inmate Rios. The handcuffs were checked for fit and double locked. DRT Andrew Ramon and I escorted Inmate Rios to Processing Cell (PC-8). I conducted a pat search and removed the handcuffs. Pictures were taken of Inmate Rios and attached to this report. Inmate Rios refused medical treatment and refused to press charges because no physical altercation occurred.

My body camera was activated during this incident.

Sgt. Tanner Jasper was notified of the incident.

I have nothing further to report.

*Printed on 3/24/2022 at 2:07:01 PM*

Lubbock County Detention Center
Notification of Disciplinary Hearing
Major Infraction Report # 2022-001636

Inmate's name: RIOS, JOHN                    171092              2021010091
                                                                 Booking #
Notification:    3/29/2022    _1045_         SO #
                 _____         4C 216
                 Date         Time           Cell #

You have been charged with violating rule(s) and/or regulation(s) of the Lubbock County Detention Center.  This violation(s) is classified as a major infraction.

    Violation A21 - THROWING OR PROPELLING OBJECTS/SUBSTANCES

    Violation A33 - INCITING A FIGHT

    Violation A42 - REFUSAL TO FOLLOW WRITTEN OR ORAL DIRECTIVES

    Violation B15 - YELLING AT OTHER INMATES

    Violation _____

Complainant(s):    _____

A HEARING BEFORE THE DISCIPLINARY BOARD WILL BE HELD ON:

    Date: _____04/06,07/2022_____        Time: _____0700-1700_____

You have the right to be present at the hearing when not unduly hazardous to institutional safety and correctional goals; to present evidence and witnesses on your behalf when not unduly hazardous to institutional safety and correctional goals. Your specific rights in the hearing are outlined in detail in the **INMATE HANDBOOK**. If you do not have access to a copy of the handbook , ask any officer for a copy and you will be given one. Your witness request must be submitted to the disciplinary officer, in writing, no less than **\*48 HOURS** before the hearing. (\*Please note"three (3) hours prior to your hearing" in the inmate handbook is incorrect.)

You have the right to have a staff member, or other person appointed to assist you in the hearing process. You must give proper notice to the disciplinary officer prior to the hearing for this appointment.

_____ I **CAN** read this notice or had its contents read to me in a language I understand and I understand the contents of the notice.

I received a copy of this notice

_____3/29/2022_____                          3/29/2022
Date          Time                           Date          Time
                                             A. MONTEMAYOR 8410
_____                      Disciplinary Officer
Inmate Signature
                                             3/29/2022
                                             Date          Time

                                             _____
( ) Inmate refused to sign this notice_____      Disciplinary Officer
                                 D.O. Initials
                                             Date          Time

                                             _____
                                             Witness Signature

DET - 1009
Revised 12/12/12

## Lubbock County Detention Center
## Waiver of Disciplinary Hearing Report : #2022-001636

Inmate's Name: RIOS, JOHN

171092
SO #

2021010091
Booking #

Notification: 3/31/2022
Date

Time

4C 216
Cell #

I HAVE BEEN NOTIFIED THAT I AM ACCUSED OF THE FOLLOWING INFRACTIONS OF THE INMATE RULES AND REGULATION:

Violation A21 - THROWING OR PROPELLING OBJECTS/SUBSTANCES

Violation A33 - INCITING A FIGHT

Violation A42 - REFUSAL TO FOLLOW WRITTEN OR ORAL DIRECTIVES

Violation B15 - YELLING AT OTHER INMATES

Violation

I understand that I have a right to a disciplinary hearing on these violations. I hereby waive my right to a formal hearing and agree to accept the disciplinary officer's recommendation for disciplinary action. A disciplinary board, if convened, can hand down the following sanctions:loss of good conduct credit, loss of privileges for a period not to exceed 30 days, removal from work details or programs, and disciplinary separation for a period not to exceed 30 days for major infractions;and verbal or written reprimand, loss of privilege for a period not to exceed 15 days, and a disciplinary separation for a period not to exceed 15 days for minor infractions. I also waive my right to appeal. Your PIN number will be deactivated during you disciplinary period and will be automatically re-activated the day your diciplinary is finished.

Sanctions offered by this waiver:

_____ Counseling                    _____ Verbal reprimand

XXXXXX Disciplinary separation         _____ Written reprimand

(Including loss of privileges) to begin when moved by classification

For _____ 5 _____ days, starting _____ ending _____

_____            3/31/2022
Inmate Signature:                    Date:

A. MONTEMAYOR 8410                   3/31/2022
_____            Date:
Disciplinary Officer:

_____            _____
Witness if Inmate Refuses:           Date:

_____            _____
Supervisor:                          Date:

DET - 1008
REVISED 12/12/2012

## Lubbock County Detention Center
## Notification of Disciplinary Hearing
## Major Infraction Report # 2022-000133

| | | |
|---|---|---|
| Inmate's name: RIOS, JOHN G. | 171092 | 2021010091 |
| | SO # | Booking # |
| Notification: 1/11/2022 | 3A- 107 | |
| Date        Time | Cell # | |

You have been charged with violating rule(s) and/or regulation(s) of the Lubbock County Detention Center. This violation(s) is classified as a major infraction.

Violation A40 - THREATENING

Violation _____

Violation _____

Violation _____

Violation _____

Complainant(s): _____

A HEARING BEFORE THE DISCIPLINARY BOARD WILL BE HELD ON:

Date: _____ 01/19,20/2022 _____      Time: _____ 0700-1700 _____

You have the right to be present at the hearing when not unduly hazardous to institutional safety and correctional goals; to present evidence and witnesses on your behalf when not unduly hazardous to institutional safety and correctional goals. Your specific rights in the hearing are outlined in detail in the **INMATE HANDBOOK**. If you do not have access to a copy of the handbook , ask any officer for a copy and you will be given one. Your witness request must be submitted to the disciplinary officer, in writing, no less than **\*48 HOURS** before the hearing. (\*Please note"three (3) hours prior to your hearing" in the inmate handbook is incorrect.)

You have the right to have a staff member, or other person appointed to assist you in the hearing process. You must give proper notice to the disciplinary officer prior to the hearing for this appointment.

_____ I **CAN** read this notice or had its contents read to me in a language I understand and I understand the contents of the notice.

I received a copy of this notice

| | |
|---|---|
| 1/11/2022 | 1/11/2022 |
| Date        Time | Date        Time |
| | M. MARTINEZ 8341 |
| Inmate Signature | Disciplinary Officer |
| | 1/11/2022 |
| | Date        Time |
| | |
| | Disciplinary Officer |
| ( ) Inmate refused to sign this notice_____ | |
| D.O. Initials | Date        Time |
| | |
| | Witness Signature |

DET - 1009
Revised 12/12/12

LUBBOCK COUNTY
JUDICIAL COMPLIANCE
904 BROADWAY RM. 410
P.O. BOX 10536
LUBBOCK, TEXAS 79408

~~RETURN SERVICE REQUESTED~~

First Class Mail
ComBasPrice



US POSTAGE AND PITNEY BOWES

ZIP 79401    $ 000.40⁰
02 4W
0000359599 NOV 22 2021

John Rios

P.O. Box 355

FOR OFFIC

FWD

750  NFE 1    B21C0012/14/21
NOTIFY SENDER OF NEW ADDRESS
RIOS JOHN G
1409 CULPEPPER AVE
WILSON TX 79381-1931

BC: 79381193109    *238Z-04197-14-23



# WARRANT NOTICE

RE: Cause # _2011430327_

THE STATE OF TEXAS vs. _John Rios_

PLEASE BE ADVISED A WARRANT IS ACTIVE FOR YOUR ARREST. AT THIS TIME FULL BALANCE IS DUE. HOWEVER, YOU MAY BE ABLE TO AVOID SERVICE OF THIS WARRANT AT YOUR HOME, WORK OR SCHOOL BY PAYING THE BALANCE IN FULL OR CONTACTING THIS OFFICE FOR OTHER PAYMENT OPTIONS OR TO REQUEST A HEARING:

LUBBOCK COUNTY JUDICIAL COMPLIANCE DEPARTMENT
904 BROADWAY, RM 410, P.O. BOX 10536, LUBBOCK, TX 79408
(806) 775-1651

THIS NOTICE IS A COURTESY AND IS NOT REQUIRED BY LAW.

The Reynolds and Reynolds Company CC736955 Q (08/17)

## Lubbock County Detention Center
## Waiver of Disciplinary Hearing Report : #2022-000133

Inmate's Name: RIOS, JOHN G.

| | 171092 | | 2021010091 |
|---|---|---|---|
| | SO # | | Booking # |

Notification:    1/13/2022

| | | 3A- 107 |
|---|---|---|
| Date | Time | Cell # |

I HAVE BEEN NOTIFIED THAT I AM ACCUSED OF THE FOLLOWING INFRACTIONS OF THE INMATE RULES AND REGULATION:

Violation A40 - THREATENING

Violation _____

Violation _____

Violation _____

Violation _____

I understand that I have a right to a disciplinary hearing on these violations. I hereby waive my right to a formal hearing and agree to accept the disciplinary officer's recommendation for disciplinary action. A disciplinary board, if convened, can hand down the following sanctions:loss of good conduct credit, loss of privileges for a period not to exceed 30 days, removal from work details or programs, and disciplinary separation for a period not to exceed 30 days for major infractions;and verbal or written reprimand, loss of privilege for a period not to exceed 15 days, and a disciplinary separation for a period not to exceed 15 days for minor infractions. I also waive my right to appeal. Your PIN number will be deactivated during you disciplinary period and will be automatically re-activated the day your diciplinary is finished.

Sanctions offered by this waiver:

_____ Counseling                    _____ Verbal reprimand

XXXXXX   Disciplinary separation        _____ Written reprimand

(Including loss of privileges) to begin when moved by classification

For _____ **30** _____ days, starting _____ ending _____

| | 1/13/2022 |
|---|---|
| Inmate Signature: | Date: |
| M. MARTINEZ 8341 | 1/13/2022 |
| Disciplinary Officer: | Date: |
| Witness if Inmate Refuses: | Date: |
| Supervisor: | Date: |

DET - 1008
REVISED 12/12/2012

## LUBBOCK COUNTY SHERIFF'S OFFICE
## DETENTION

### DISCIPLINARY HEARING RESCHEDULING NOTICE
REPORT # 2021-002885

INMATE'S NAME: RIOS,JOHN G. SO# 171092          DATE: 01/11/2022

CELL #: 3A-107          TIME: _____

YOU WERE SCHEDULED TO APPEAR BEFORE THE DISCIPLINARY BOARD ON

01/05,06/2022 AT 0700-1700 .
DATE          TIME

DUE TO UNFORESEEN CIRCUMSTANCES, THIS HEARING HAS BEEN RESCHEDULED.

A HEARING WILL BE HELD ON 01/19,20/2022 AT 0700-1700 .
                         DATE              TIME

I HAVE READ THIS NOTICE OR HAD ITS CONTENTS READ TO ME IN A LANGUAGE I UNDERSTAND AND I UNDERSTAND THE CONTENTS OF THE NOTICE.
I RECEIVED A COPY OF THIS NOTICE
DATE _____ TIME _____

_____          _____
INMATE SIGNATURE                 DISCIPLINARY OFFICER SIGNATURE

( ) INMATE REFUSED TO SIGN NOTICE.
                                 _____
                                 OFFICER SIGNATURE

                                 _____
                                 WITNESS SIGNATURE

DET - 1011
REV. 01/23/09

## Lubbock County Detention Center
## Notice of Hearing Disposition Report #2022-000133

| RIOS, JOHN G. | | 171092 | 2021010091 | 3A- 107 |
|---|---|---|---|---|
| Inmate's Name | | So# | Booking# | Cell # |

Disciplinary hearing was convened on 01/19,20/2022 at _82ɬ_ HOURS

The following action was taken: _15_ DAYS FULL RESTRICTION

NO VISITS, NO PHONE CALLS, LIMITED COMMISSARY

Your PIN number will be deactivated during you disciplinary period and will be automatically re-activated the day your disciplinary is finished.

### ***TO BEGIN WHEN MOVED BY CLASSIFICATION***

Based on : Inmate behavior (1st) Not 1st time before a disciplinary hearing this incarceration, did the officer's report support the violation (Yes) No:

(Yes)/No    Violation    A40 - THREATENING

Yes/No    Violation    _____

Yes/No    Violation    _____

Yes/No    Violation    _____

Yes/No    Violation    _____

Yes/No    Violation    _____

EXPLANATION:    BASED ON OFFICER REPORT &

INMATE TESTIMONY

_Guilty - 15 Days_

M. MARTINEZ 8341
Disciplinary Officer
Date    01/19,20/2022    Time    82ɬ

I received a copy of this disposition

Date    01/19,20/2022    Time    82ɬ

_____
Inmate Signature

You may appeal the decision of the disciplinary hearing board within seventy-two (72) hours. If you choose to appeal, your appeal must be completed using the Inmate tablet filling out the Disciplinary Appeal Form. Please provide all necessary evidence and testimony as to why your case should be considered for a lesser sentence or dismissal. All appeals will be forwarded to the Director of Logistics or designee for review and a final decision.

Restrictions Starting_____ Ending _____

_____    _____
Supervisor Signature    Date
DET-1012
Revised 12/12/12

## Grievance - 1960   (SJM Ref #11,101,458)

| | | | |
|---|---|---|---|
| From: | JOHN RIOS (171092) | Date Submitted: | 03/02/2022 10:31 AM |
| Housing Area: | 6B | Date Received: | 03/02/2022 1:39 PM |
| Assigned To: | Grievance and Request Forms | Status: | **CLOSED** |

Request

# Lubbock County Sheriff's Office - Detention Division

Inmate Grievance Form

NOTE: Any form not properly filled out completely WILL NOT BE PROCESSED

A GRIEVANCE IS:
  1) A VIOLATION OF CIVIL RIGHTS
  2) A CRIMINAL ACT
  3) UNJUST DENIAL OF INMATE RIGHTS OR PRIVILEGES
  4) PROHIBITED ACT BY FACILITY OR STAFF

Only fill this form out if one of these acts have occurred. If you feel this is a grievance, complete and submit grievance form and it will be delivered to the grievance officer.

**Statement:**

I have been detained longer than 90 days without a indictment presented. I have not received any police reports for the accxusatioons. I was taken from another county by Lubbock police, Lynn county sheriffs officer, and being held by Lubbock county sheriffs office employees. My money has not been given to me my phones and legal documents/motions as well as all my personal property has been stolen by the arresting officers. Documents/motions having to do with the northern district Lubbock division cause number 5:21-cv-00058-H ( John Gabriel Rios Vs. Lynn county sheriff's office et all.,). I filled motions for this detention in the 137th district court of Lubbock Texas. A pro-se / withdraw , discovery, personal recognizance with suppression, notice of fees's, trial schedule date as well as the advances for travel time. All have been sent certified mail and copy's provided by my private services. I am not guilty. I did not sign for any surety with a agreed detention would make it justified, I did not agree to this detention and you must release me. I am ready for court when ever your ready. A fail to send me to court is a default on your office not mine I'm here. You will release me today. Failure to comply I will follow the rules of law and I will win. I will ask you provide your entire employee roster from 11/11/2021 2pm. As well as the names and departments information to the arresting officers for putting a gun to my head in umc and pulling the trigger with the safety on. Your magistrates name that held me in the summons. This is to better resolve in court to stop from bringing in people that do not need to be there which my electronic file you have in the computers in your office hold and that your offices refuses to print for me. Those damages will be for your office to pay for and or

sit for. This is not allowed for your office to deny it is in Texas law and in federal law you should hire a attorney for legal advice it cost $1500 unless he ask you to waive the limits which you have the opportunity to do so and in my cases both the federal case in the above reference I have waived the limit to $138105 per minute for myself, and have done the same in a motion to the 137th district court whereas provides proof of fees for travel time for the entire cxase. You lost the peoples money and should be ashamed of yourself and for the extra details during the traveling as a chattel/ slave you have 24hours to answer this grievance which is accordance to federal law on a investigation.

**Signature**

John Gabriel Rios # 171092

This statement is true and correct to the best of my knowledge and belief.

Response by **Sergeant. J. ponce** on **03/02/2022** at **1:53 PM**

Until the court sends us orders to release you or you bond out, we are unable to process you out of our facility. While i do see you file to be pro-se, your request has not been approved or denied as of now. Therefore you must contact your attorney of record: William Dehaas 806-763-9264

# Finance - Inmate Request / Complaint Form - #11,162,718

| | | | |
|---|---|---|---|
| From: | JOHN RIOS (171092) | Date Submitted: | 03/09/2022 12:59 PM |
| Housing Area: | 6B | Date Received: | 03/10/2022 12:32 PM |
| Assigned To: | Finance | Status: | **OPEN** |

## Request

Can I get a pint out of my account statement.

## Response

This request has NOT been responded to as of this printing.

Filed 6/21/2022 2:12:55 PM
Sara L Smith
District Clerk
Lubbock County, Texas
AC

DISTRICT COURT CAUSE NO. DC2-2022-CR-1165    COURT 137th

THE STATE OF TEXAS
v.
JOHN RIOS

DOB:            10/29/1991
Felony Charge:  UNL POSS FIREARM BY FELON
Degree/Class:   3rd Degree Felony
PID:            599037

WARRANT NO
Booking No.      2021010091
Total Bond:      SET BY JUDGE
Control No:      22-CR-01608
Date Prepared:   6/8/2022
Agency:          Lubbock County Sheriff's Office
Report No:       2021-32776
Prior Cause No

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS,

The duly organized Grand Jury of the District Court of Lubbock County, Texas, presents in and to said Court that: in Lubbock County, Texas, JOHN RIOS, hereafter styled the Defendant, heretofore on or about November 11, 2021, did then and there, having been convicted of the felony offense of BURGLARY OF HABITATION on the November 15th, 2013, in cause number 2011-430,327 in the 137th District Court of Lubbock County, Texas, intentionally and knowingly possess a firearm after the fifth anniversary of the defendant's release from confinement following conviction of the felony at a location other than the premises at which the defendant lived, to-wit: a vehicle; (DPS Code: 52120009)

COUNT II

And further, in Lubbock County, Texas, JOHN RIOS, hereafter styled the Defendant, heretofore on or about November 11, 2021 did then and there, while using a vehicle, intentionally flee from Chekota Parker, a person the defendant knew was a peace officer who was attempting lawfully to arrest or detain the defendant; (DPS Code: 48010020)

AGAINST THE PEACE AND DIGNITY OF THE STATE

_____
Foreman of the Grand Jury

PRESENTED on this the 21st day of June, 2022

INDICTMENT/ORIGINAL

# Bill de Haas
## Attorney at Law

1114 Texas Avenue ·
Lubbock Texas 79401

Tel: (806) 763-9263
Fax: (806) 763-8898

June 28, 2022

John Rios
1409 Culpepper
Wilson, TX 79381

Re:  Arraignment

Dear Mr. Rios,

You are scheduled to be arraigned in your criminal case(s) in the 137th District Court of Lubbock County on July 15, 2022 at 1:30 p.m. You will need to be present **unless** you come to my office prior to July 15 to sign a waiver of arraignment.

Please contact me at your earliest convenience so that we can set-up an appointment to meet and discuss your case.

Sincerely,

Bill de Haas

Bill de Haas
Attorney at Law



LUBBOCK TX 795

26 JUN 2022  PM 2 L

John Rios
1409 Culpepper
Wilson, Tx 79381

79381-133105

Bill de Haas
Attorney at Law
1114 Texas Avenue
Lubbock TX 79401-3320

| | | SO NUMBER | BOOKING NUMBER |
|---|---|---|---|
| | | 171092 | 2021010091 |
| **Public Information Sheet** | | ARRESTING AGENCY | |
| Lubbock County Sheriff's Office | | | |
| P.O. Box 10536 | | LUBBOCK COUNTY SHERIFF'S OFFICE | |
| Lubbock, TX 79408 | | | |

**IDENTIFICATION**

| NAME | | | PERSON ID | |
|---|---|---|---|---|
| **RIOS, JOHN GABRIEL** | | | 599037; 4877720 | |

ALIAS NAME(S)

RIOS, JOHN; RIOS, JOHN; RIOS, JOHN

| SID | FBI | CITIZENSHIP |
|---|---|---|
| 08370670 | 747007DD8 | UNITED STATES |

| RACE | SEX | ETHNICITY | DATE OF BIRTH | AGE | HEIGHT | WEIGHT | HAIR | EYES | BUILD | COMPLEXION | MARITAL STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| W | M | HISPANIC | 10/29/91 | 30 | 5 FT. 7 IN. | 250 | BLK | BRO | MEDIUM | MEDIUM | SINGLE |

| ADDRESS | PHONE |
|---|---|
| 214 MAIN ST | 806628344 |
| PANHANDLE TX 79068 | |

**ARREST**

| ARREST DATE | ARREST TIME | RELEASE DATE | RELEASE TIME |
|---|---|---|---|
| 11/11/2021; 11/23/2021 | 5:02 AM; 12:27 PM | 03/30/2022 | 12:53 PM |

| HOLD | DISPOSITION | OFFENSE | WARRANT/REF | TRN | CASE | ISSUING AUTHORITY | FILED/CLASS |
|---|---|---|---|---|---|---|---|
| OV | Bond Received | UNL POSS FIREARM BY FELON | | 9312699768 | DC-2022-CR-1165 | | F3 |
| OV | Bond Received | EVADE ARREST DET W/VEH | | 9312699768 | PFF-2021-MAG-1275 | | F3 |
| LW | Convicted | BURGLARY OF HABITATION | 20114303 27 - 4 | 9127226816 | | 137th District Court | F2 |

RECORD CERTIFICATION

I, Kelly S. Rowe, Sheriff in and for the
County of Lubbock, Texas do hereby certify
this to be a true and correct copy of a like
instrument now on file in this office.

*Kelly Rowe*

By: *[signature]*

# Reply to Inmate Grievance

Inmate: <u>John Rios</u>                                          Entry ID: 544834

Location: 188                                                   Inmate ID: 11061

Kiosk: Cell 188                                        Inmate State ID:

Subject: lynn county sheriffs office employees

Assigned To: All

Classification: Not Assigned

Complaint Against:None

Date Added: Sep 20, 2022 - 12:38 pm CDT

Grievance:

on 09/03/2022 at approximatly one, forty a.m. one of your employeesdid perform a taking from FM 400 tahoka texas. now being held without a warrant and claims of interest against me without a judges order for the taking and held detention at lynn county sheriffs office. i have not agreed to this detention or taking in claims of interest by joshua rocha badge number 468135. i am tellig you to drop all interest in the claims, release me at once, ad submit to all damages, i do want your responce and a print out of it as well. JOHN GABRIEL RIOS#11061 its twelve twenty three p.m. on 09/20/2022.

Status:

Resolved Unsubstantiated

Attachments:                          **Attachment Name**

Notes for Inmate:                    Your request has been forwarded to Sheriff Mason

Preset Responses
No preset responses found.

## Item History

| Date | Modified By | Assigned To | Status |
|------|-------------|-------------|--------|
| 09/26/2022 09:52:46 am CDT | Katrina White | | Resolved Unsubstantiated |
| 10/14/2022 06:48:00 pm CDT | Katrina White | | Resolved Substantiated |

# BAIL BOND COMPANIES

800 MAIN , Lubbock , TX 79401
Phone: 806-000-0000
Fax: 806-000-0000

## Receipt Number :    10924224

Invoice # 6848312

| | | | |
|---|---|---|---|
| Invoice Date: | 10/03/22 | Bond #: | T10-50875066 |
| Billable to: | RIOS, JOHN, WISSLER, MARGARET | Defendant: | RIOS, JOHN |
| Payment Type: | Premium | DOB: | 10/29/1991 |
| Payee / Memo: | n/a | Received By: | Briana Mendoza |
| | | Posted At: | Lubbock County |

| | | | |
|---|---|---|---|
| Defendant Address | 913 E 37th St Lubbock, TX, 79404 | Bond Date: | 3/30/2022 |
| | | Bond Amount: | $5,000.00 |
| | | Case Number: | DC-2022-CR-1165 |
| Release Date: | 03/30/2022 | Booking Number: | |
| Next Court Date: | | Return Court: | |
| Court Address: | | Bond Charges: | UNL POSS FIREARM BY FELON |

| | |
|---|---|
| Payment Date: | 12/22/22 |
| Payment Method: | Cash |
| Reference # | n/a |
| Payment Plan Amount | $100.00 |
| Frequency | Weekly |
| Next Payment Due | 12/26/2022 |

| | |
|---|---|
| Amount Due: | $727.30 |
| Amount Paid: | $100.00 |
| Balance: | $627.30 |
| Total Account Balance for Defendant is : | $2,469.80 |

Notes: INSTALLMENT

Received Copy of above Receipt - Signature of Defendant or Depositor

WARNING OF RIGHTS - SP

# Magistrate's Warning

## State of Texas
## County of Archer

Magistrate's # ___ SP1 ___
Misdemeanor - Class _____
State Jail Felony ___ ✓ ___
Felony - Class _____

Before me, the undersigned magistrate of the State of Texas on this day personally appeared ___ John Gabriel ___

___ Rios ___ in the custody of a peace officer, and said person was given the following warning by me:

☑ (1) You are charged with the offense of ___ Poss of CS PG1 <1G ___
An affidavit charging you with this offense *(has) *(has not) been filed with this Court. ___
Warrant/Cause # ___ 23 - 3675 Lynn County ___

☑ (2) Are you able to speak and understand the English Language? ☑ YES  or  ☐ NO
☑ (3) Are you hearing impaired?        ☐ YES  or  ☐ NO
☑ (4) you have the right to an attorney and have him/her present prior to and during any interview and questioning by peace officers or attorneys representing the State.  You may have reasonable time and opportunity to consult your attorney if you desire.
☑ (5) If you cannot afford an attorney, you have the right to request the appointment of an attorney to be present prior to and during any interview and questioning by peace officers or attorneys representing the State.
      **(5a) Do you want to request appointment of an attorney?** ☐ YES  or  ☐ NO  No Respo
☑ (6) You have the right to remain silent.
☑ (7) You are not required to make a statement, and any statement you make can and may be used against you in Court.
☑ (8) You have the right to stop any interview or questioning at any time.
☑ (9) You have the right to have an examining trial.
      (Felony Only)
☐ (10) Are you a citizen of the United States?
      ☐ Yes ☐ No  No Response
☐ If NO: Do you request that we notify your
      Country's Consulate?  ☐ Yes ☐ No
☑ Your Bail is set at $ 10,000 ___
☐ Bail Not Determined
☐ Bail is Denied
* Delete what is not applicable.

Place of Warning: Archer County Jail
      100 Law Enforcement Way
      Archer City, TX 76351

TIME: ___ 10:39 ___ ᴹ M.

DATE: ___ February 5 ___ 20 23

**REMARKS:**

___ John Gabriel Rios ___
Person Warned (Printed Full Name)
___ R. Scott Fields ___
Magistrate (Printed name)
___ AC SP1 ___
Magistrate Title

I acknowledge that I was given the above warning, and I understand my rights as explained to me in the warning.

**SIGNATURES:**

___
Accused (Magistrate if Accused refuses to sign)
___
Witness
___
Magistrate

**TIME STAMP:**

23 FEB 5 10:24:28

**Jail Card**

# Lynn County Sheriff's Office

### ARRESTEE DATA

| Name | | | | CCN | | ATN | |
|------|--|--|--|-----|--|-----|--|
| RIOS JOHN GABRIEL | | | | 11061 | | 153012337914 | |

| Hair | Eyes | Height | Weight | Race | Sex | DOB | Ethnicity |
|------|------|--------|--------|------|-----|-----|-----------|
| BRO | BRO | 506 | 208 | U | M | 10/29/1991 | HISP |

| Housing Class (JPR) | Marital Status |
|---------------------|----------------|
| F | SIN |

| Arrestee Address |
|------------------|
| 1409 CULPEPPER  WILSON TX 79381 |

### Aliases

| Name | Sex | Race |
|------|-----|------|
| RIOS JOHN GABRIEL | M | W |

### Identification Numbers

| Type | Number | State |
|------|--------|-------|
| SSN | 634260480 | |
| DL | 47871330 | TX |
| SSN | 634260480 | |
| SSN | 634260480 | |
| DL# | 27290915 | TX |
| SO# | 11061 | |
| Book# | 4295 | |
| Book# | 3949 | |
| Book# | 326-11 | |
| Book# | 197-12 | |
| Book# | 341-18 | |
| SID | TX08370670 | |
| FBI# | 747007DD8 | |
| FPrintId | 11061$RT | |
| FPrintId | 11061$RI | |
| FPrintId | 11061$RM | |
| Other# | 4 | |
| DL | 27290915 | TX |
| SO# | ARR-143 | |
| SO# | ARR-1538 | |

No aliases found.

### Classifications

| Date | Classification |
|------|----------------|
| 06/11/2023 | Med |
| 05/13/2023 | |

# Jail Card

## Lynn County Sheriff's Office

### Scars, Marks, and Tattoos

| Type | Location | Tattoo Type | Tattoo | ScarType | Remarks |
|------|----------|-------------|--------|----------|---------|
| C | | | | C | DRK |
| P | | | | P | MEDIUM |
| B | | | | B | CLEAN SHAVEN |
| P | | | | P | SLENDER |
| C | | | | C | WHI |
| H | | | | H | SHORT ABOVE EAR |
| B | | | | B | NA |
| P | | | | P | MEDIUM |
| C | | | | C | MED |
| C | | | | C | DRK |
| H | | | | H | CREW |
| B | | | | B | CLEAN SHAVEN |
| P | | | | P | SLENDER |
| C | | | | C | WHI |
| H | | | | H | SHORT ABOVE EAR |
| B | | | | B | NA |
| H | | | | H | CREW |

### Emergency Contacts / Next of Kin

| Name | Address | Phone | Relationship |
|------|---------|-------|--------------|
| GUZMAN, SUZANNE | WILSON TX | () | |
| GUZMAN, SUZANNIE | WILSON TX 79381 | () | |
| GUZMAN, SUZANNE | WILSON TX | () | |
| WISSLER, MARGARET | 1409 CULPEPPER | () | MOTHER |
| GUZMAN, SUSAN | 1409 CULPEPPER | () | GRANDPARENT |
| GUZMAN, SUSAN | 1409 CULPEPPER, WILSON, TX 79381 | () | GRANDPARENT |

### Detainers

| From Date | To Date | Agency Code | Comments | Agency ORI |
|-----------|---------|-------------|----------|------------|
| | | | | |

### ARREST DATA

| Location of Arrest | Arrest Date & Time |
|--------------------|--------------------|
| TX | 05/12/2023 17:25 |

| Cross Street |
|--------------|
| |

| Arresting Officer's Name | Officer's Employee # |
|--------------------------|----------------------|
| JAIL | |

## Jail Card

## Lynn County Sheriff's Office

| Transporting Officer Name | Trans. Officer's Emp # |
|---|---|
|  |  |

| Employment Information |
|---|
|  |

**Jail Card**

## Lynn County Sheriff's Office

### CHARGES

| Statute Code | Charge | Type | Case # | Warrant # | Active |
|---|---|---|---|---|---|
| 35990247 | POSS CS PG 1/1-B<1G - GJI WARRANT #23-3695 - POSS CS PG 1/1-B<1G<br>Comments: WARRANT #23-3695 GJI | FS | | 23-3695 | Y |

### ARREST COMMENTS

DETAINER (LUBBOCK CO.)

# Arrest Report

## Lynn County Sheriff's Office

### ARRESTEE DATA

| Name | | | | CCN/SO | ATN | | SSN |
|------|--|--|--|--------|-----|--|-----|
| RIOS, JOHN GABRIEL | | | | 11061 | 153012237626 | | 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 |

| Hair | Eyes | Height | Weight | Race | Sex | DOB | Ethnicity |
|------|------|--------|--------|------|-----|-----|-----------|
| BRO | BRO | 506 | 208 | U | M | 10/29/1991 (30) | HISP |

| Housing Class (JPR) | Marital Status | POB |
|---------------------|----------------|-----|
| L | Single | TX |

| Arrestee Address |
|------------------|
| 1409 CULPEPPER AVE WILSON TX 79381 |
| 1409 CULPEPPER AVE WILSON TX 79381 |
| 1409 CULPEPPER AVE WILSON TX 79381 |
| 1409 CULPEPPER AVE WILSON TX 79381 |
| 1409 CULPEPPER AVE WILSON TX 79381 |

| Emergency Contacts | | | Classifications | |
|--------------------|--|--|-----------------|--|
| **Name** | **Relation** | **Phone** | **Date** | **Classification** |
| GUZMAN, SUZANNE | | | 11/15/2022 | Med. Aslt/Esc |
| GUZMAN, SUZANNIE | | | 09/03/2022 | Med |
| GUZMAN, SUZANNE | | | | |
| GUZMAN, SUSAN | GRANDPARENT | | | |
| WISSLER, MARGARET | MOTHER | | | |
| GUZMAN, SUSAN | GRANDPARENT | | | |

### Addresses

| Address |
|---------|
| 1409 CULPEPPER AVE WILSON TX 79381 |
| 1409 CULPEPPER WILSON TX 79381 |
| 1409 CULPEPPER Wilson TX 79381 |
| 1409 CULPEPPER |
| 1409 CULPEPPER WILSON TX 79381 |

### Detainers

| From Date | To Date | Agency Code | Comments | Agency ORI |
|-----------|---------|-------------|----------|------------|
| 5/18/2023 | | TX1520000 | LUBBOCK COUNTY HOLD - UNL POSS OF FIREARM BY FELON | |

# Arrest Report

## Lynn County Sheriff's Office

### ARREST DATA

| Location of Arrest | | Arrest Date & Time |
|---|---|---|
| FM 400  TAHOKA TX | | 09/03/2022 01:40 |
| **Cross Street** | | |
| | | |
| **Arresting Officer** | **Transporting Officer** | |
| ROCHA, JOSHUA 468135 | ROCHA, JOSHUA 468135 | |
| **Searching Officer** | **Booking Officer** | |
| | BARRIENTEZ, ANN 378510 | |
| **Employment Information** | | |
| | | |

### CHARGES

| | | |
|---|---|---|
| **Case #:** 22-000134     **Warrant #:**<br>**Charge:** F* 35990014 - POSS CS PG 1 <1G<br>**Comments:** | **Magistrate Date:**<br>**Bond Amount:** $5000.00<br>**Fine Amount:** $0.00 | |
| **Case #:** 22-000135     **Warrant #:**<br>**Charge:** MB 73991084 - INTERFER W/PUBLIC DUTIES<br>**Comments:** | **Magistrate Date:**<br>**Bond Amount:** $2000.00<br>**Fine Amount:** $0.00 | |
| **Case #:** 22-000134     **Warrant #:**<br>**Charge:** MA 48010006 - RESIST ARREST SEARCH OR TRANSPORT<br>**Comments:** | **Magistrate Date:**<br>**Bond Amount:** $1000.00<br>**Fine Amount:** $0.00 | |

### ARREST COMMENTS

No comments at this time.

_____
Inmate Signature

_____
Officer Signature

# Arrest Report

## Lynn County Sheriff's Office

### ARRESTEE DATA

| Name | | | CCN/SO | ATN | | SSN |
|------|---|---|--------|-----|---|-----|
| RIOS, JOHN GABRIEL | | | 11061 | 153012337914 | | 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 |

| Hair | Eyes | Height | Weight | Race | Sex | DOB | Ethnicity |
|------|------|--------|--------|------|-----|-----|-----------|
| BRO | BRO | 506 | 208 | U | M | 10/29/1991 (31) | HISP |

| Housing Class (JPR) | Marital Status | POB |
|---------------------|----------------|-----|
| F | Single | TX |

| Arrestee Address |
|------------------|
| 1409 CULPEPPER AVE WILSON TX 79381 |
| 1409 CULPEPPER AVE WILSON TX 79381 |
| 1409 CULPEPPER AVE WILSON TX 79381 |
| 1409 CULPEPPER AVE WILSON TX 79381 |
| 1409 CULPEPPER AVE WILSON TX 79381 |

| Emergency Contacts | | | | Classifications | |
|--------------------|---|---|---|-----------------|---|
| **Name** | **Relation** | **Phone** | | **Date** | **Classification** |
| GUZMAN, SUZANNE | | | | 06/11/2023 | Med |
| GUZMAN, SUZANNIE | | | | 05/13/2023 | Med |
| GUZMAN, SUZANNE | | | | | |
| GUZMAN, SUSAN | GRANDPARENT | | | | |
| WISSLER, MARGARET | MOTHER | | | | |
| GUZMAN, SUSAN | GRANDPARENT | | | | |

### Addresses

| Address |
|---------|
| 1409 CULPEPPER AVE WILSON TX 79381 |
| 1409 CULPEPPER WILSON TX 79381 |
| 1409 CULPEPPER Wilson TX 79381 |
| 1409 CULPEPPER |
| 1409 CULPEPPER WILSON TX 79381 |

### Detainers

| From Date | To Date | Agency Code | Comments | Agency ORI |
|-----------|---------|-------------|----------|------------|
| 5/18/2023 | | TX1520000 | LUBBOCK COUNTY HOLD - UNL POSS OF FIREARM BY FELON | |

# Arrest Report

## Lynn County Sheriff's Office

### ARREST DATA

| Location of Arrest | | Arrest Date & Time |
|---|---|---|
| TX | | 05/12/2023 17:25 |

| Cross Street | | |
|---|---|---|
| | | |

| Arresting Officer | Transporting Officer |
|---|---|
| JAIL | |

| Searching Officer | Booking Officer |
|---|---|
| | HARRISON, JOE 518495 |

| Employment Information | |
|---|---|
| | |

### CHARGES

Case #:         Warrant #: 23-3695
Charge: FS 35990247 - GJI WARRANT #23-3695 - POSS CS PG 1/1-B<1G
Comments: WARRANT #23-3695 GJI

Magistrate Date: 5/13/2023
Bond Amount: $10000.00
Fine Amount: $0.00

### ARREST COMMENTS

DETAINER (LUBBOCK CO.)

_____          _____
Inmate Signature                 Officer Signature

*Grievance*

# Reply to Inmate ~~Request~~

Inmate: <u>John Rios</u>

Location: 185

Entry ID: ~~3823081~~  *639311*

Inmate ID: 11061

Inmate State ID:

Kiosk ID: 0    *Cell 185*

Kiosk Name:

Subject: exhausted administrative remedies
for september 3, 2022- December
11, 2022 and February 4, 2022-
present

Indigent: Yes

Assigned To: All

Date Added: May 22, 2023 - 7:52 pm CDT

Emergency: ☐ This request is an emergency.

~~Request:~~ *Grievance*

notice of complaint john gabriel rios v. state of texas et al cause number 5-2022-cv-00266 filed in the united states district court nortern district of texas lubbock division., notice of complaint john gabriel rios v. lynn county sheriffs office cause number 5-2022-cv-00318 filed in the united states district court northern district of texas lubbock division.,notice of default after failure to respond to civil rights complaint within 10 days rendering in favor of the plaintiff john gabriel rios by default judgmenton a failure to respond., new amendable claims having to do with united states constitution bill of rights amendment(s) 1,2,4,5,6,8,9,10,11,13,14., and united states code title 18 crimes and criminal procedures chapter 79., 18u.s.c. section 2381 Treason., for the 106th district court presiding judge reed filley, defense attorney aurther aguilar jr., with joshua rocha sheriffs deputy for lynn county sheriffs office, wanda mason sheriff of lynn county sheriffs office and all assisting the society and or group. shall submit to the united states and their citizen their time, money, tangible/intangible property and in accordance to the united states their lives. failure to respond in 10days is presumption of a default to the plaintiff john gabriel rios and the united states. failure to comply is evidence of treason. john gabriel rios demands relief of his freedom and immediate release from false imprisonment retained by the actors involved. on this 22nd day of may 2023. sign JOHN GABRIEL RIOS #11061 address of 810 lockwood street Tahoka, TX 79373.

Status:

In Progress

Message History

Date: 06/05/2023 3:33 pm CDT
User: Katrina White (kwhitelc)

Northern District didn't give you their findings?

Date: 06/05/2023 3:51 pm CDT
User: **Inmate**

print out of the grievance ID 343673 filed 04/22/2021 in lynn county sheriffs office, grievances ID 544834 filed 09/20/2022 in lynn county sheriffs office, grievance ID 639311 filed 05/22/2023 in lynn county sheriffs office is what i was requesting at this time. lynn county sheriffs office responce to grievance ID 63931 filed 05/22/2023 was a question on 06/05/2023. request for print out of the above matters are requested 06/05/2023.

Notes for Inmate:

Preset Responses
No preset responses found.

Cause # 23.3695

THE STATE OF TEXAS
VS

John Rios

IN THE 106 district
COURT OF
Lynn COUNTY, TEXAS

**AFFIDAVIT OF INCARCERATION AND REQUEST FOR CAPIAS PURSUANT TO ART.17.16, TEXAS CODE OF CRIMINAL PROCEDURE**

After being duly sworn, the below named surety states:

1) I am the Surety for the above defendant; I posted a $ 5,000 bond on 12.11.22 ;
2) I desire to surrender my principal pursuant to Art 12.10, TX Code of Criminal Procedures because the Defendant:
_____ failed to report as agreed;
_____ failed to report a change of address, phone number and/or employment;
_____ left Lubbock/Hockley County without permission;
_____ was arrested subsequent of being bonded;
_____ failed to comply with the conditions of his/her contract (payments, etc.);
✓ other: Client in jail in Lynn Co

3) BOND FEE: $ 890                            AMOUNT PAID: $ 890
4) The Defendant ( does/does not ) have an attorney. The attorney's name is _____;
5) The attorney's (phone/fax) number is: _____
6) _____ contacted the attorney on _____
   (name of person who contacted attorney)
7) The attorney stated: _____;
8) I request that the court order a capias be issued for the Defendant.

Lonestar Bail Bond II (806) 747-9855
820 Main Street Lubbock, TX 79401
Lonestar_bailbond@yahoo.com

Lonestar Bail Bond II     Surety Shane Byrd

SWORN TO AND SUBSCRIBED BEFORE ME on this 9 day of June ,20 23

Juca Roma
Notary Public
My commission expires: 3 / 2 / 26

*********************************************************************************

**ORDER FOR CAPIAS**

_____ The Motion is Denied;

_____ The Motion is set for a hearing on the _____ day of _____ 20 _____

X
_____ The Motion is Granted, and the Clerk is ordered to issue a capias for the Defendant.

X
BOND IS SET AT $ 25,000.00

Filed 6/12/2023 4:39:10 pm
Courtney Odom
District Clerk
Lynn County, Texas
Lonnetta Hudgens

The document, to which this certificate is affixed
containing 1 pages, is a full, true, and correct
copy of the original on file and of record in my
office. Attest date 6-13-23 .
Courtney Odom-District Clerk, Lynn County, TX
By L. Hudgens Deputy

Judge or Magistrate 2023
Date: ___/___/___

Defendant is order to undergo weekly testing for controlled substances, as defined by Health and Safety
Code Section 481.002. Costs for this testing and Ordered to be paid by Defendant as a condition of
bond.

| CAPIAS FOR ARREST –Affidavit of Surety desiring to release principal, CCP 17,19 |
|---|

| THE STATE OF TEXAS | )( | CAUSE NO. 23-3695 |
|---|---|---|
| VS | )( | IN THE 106TH DISTRICT COURT |
| JOHN GABRIEL RIOS | )( | LYNN COUNTY, TEXAS |
| | | $25,000.00 BOND |
| | | PLUS DRUG TESTING |

TO ANY OFFICER OF THE STATE OF TEXAS ......................GREETING

You are commanded to arrest <u>JOHN GABRIEL RIOS</u> on the affidavit of surety desiring to release his or her principal, if to be found in your County, and the arrested person safely keep so that you have the arrested person before the Honorable District Court of Lynn County, in said State, at the courthouse of said County in the city of Tahoka then and there to answer THE STATE OF TEXAS upon a charge by indictment pending in said Court, charging <u>JOHN GABRIEL RIOS</u> with the offense of

POSS CS PG 1/1-B<1G

Date of offense: September 3, 2022

HEREIN FAIL NOT, but due return makes hereof to this Court showing how you have executed the same.

Witness my hand official seal, ISSUED this the 13th day June, 2023.

Courtney Odom, District Clerk
106th Judicial District Court
Lynn County, Texas

By *Lonnetta Hudgens*
Lonnetta Hudgens

DO NOT COPY OR ALTER • This document contains security features.

Courtney Odom
District Clerk
Lynn County, Texas

OFFICER'S RETURN

CAUSE 23-3695

Came to hand on the _20th_ day of _June_ A.D., 2023, at _1108_ o'clock _a_ .m.

Executed on the _20th_ day of _June_ A.D., 2023, at _1130_ o'clock _a_ .m., by

arresting the within named _JOHN GABRIEL RIOS_ at _Lynn_ County, Texas and

{ x } taking a _$25,000.00_

which is herewith returned or

{ } placing him/her in the county Jail of Lynn County, Texas.

_Wanda Mason_ _____ Sheriff

_Lynn_ _____ County

By_____ _Jeffr8504_ _____ Deputy

DO NOT COPY OR ALTER • This document contains security features.

22. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation or disciplinary proceeding that you are attacking in this petition?  Yes    No
If your answer is "Yes," give the date on which each petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice, or (c) denied.

_____

_____

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition, as required by 28 U.S.C. § 2244(b)(3) and (4)?    Yes    No

23. Are any of the grounds listed in question 20 above presented for the first time in this petition?
(Yes)    No

If your answer is "Yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

Grounds # 1-8. National security equipment is being used by state of Texas governing official(s) that are in my opinion supposed to be hit with the lethal injection already.

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging?    Yes    No

If "Yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. _____

_____

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a)    At preliminary hearing: _____

(b)    At arraignment and plea: _____

(c)    At trial: _____

(d)    At sentencing: _____

(e)    On appeal: _____

(f)    In any post-conviction proceeding: _____

-8-

whatever other persons the Court grant whatever relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

    I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

JUNE 25th 2023_____ (month, day, year).

      Executed (signed) on ___06/25/2023_____ (date).

_____
Signature of Petitioner (required)

Petitioner's current address: JOHN GABRIEL RIOS #11061
810 Lockwood Street
Tahoka, TX 79373

-10-

**FROM:**

John G. Rios #11061
1109 Culpepper Ave
Wilson TX 79381
810 Lockwood St
Tahoka TX 79373



CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

702



U.S. POSTAGE PAID
FCM LG ENV
LUBBOCK, TX
79452
JUN 26, 23
AMOUNT

RDC 99        79401        **$11.64**

R2305K138926-7

RETURN RECEIPT
REQUESTED

**TO:**

United States District Court
Northern District of Texas
Office of the Clerk
1205 Texas Ave, Rm 209
Lubbock, TX 79401

RECEIVED
JUN 27 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**Utility Mailer**
**10 1/2" x 16"**

Ready**Post**